# **EXHIBIT C**

# United States Purchase Terms

**United States Purchase Terms**

Last Updated **March 10, 2026**

Please read these "Purchase Terms" carefully as they set out the terms on which you purchase a ticket on the DICE mobile app (the "App") or via the services, features, content, applications, websites, or widgets (the "Services") offered by DICE FM Inc. ("DICE," "we," "us" or "our"). All purchases for tickets and other goods and services are subject to these Purchase Terms. If you have any questions about them, please contact us at help@dice.fm. These Purchase Terms are incorporated into and governed by our Terms of Use by this reference. For the avoidance of doubt, we may modify these Purchase Terms in our sole discretion in accordance with the terms and conditions set forth in the Terms of Use.

By making any purchase through the App or Services, you agree that you have read, understood and agree to be bound by these Purchase Terms and the Terms of Use. if you do not agree to these Purchase Terms and the Terms of Use, then you may not purchase any goods or services through the App or Services.

## 1. ABOUT US

1.1 We are DICE FM, Inc. a Delaware Corporation with a registered address of 447 Broadway, 2nd Floor, New York, New York 10013.

1.2 We are a disclosed ticketing agent selling tickets via our App on behalf of promoters, organizers, managers, artists and venues of music, entertainment, sports and similar events (our "Event Partners"). We sell tickets allocated to us by our Event Partners, so the tickets we have available for sale for each event will vary and we do not control the ticket inventory or availability.

## 2. CONTRACT

Back to dice.fm English (United Kingdom) GET IN TOUCH

- These Purchase Terms;
- Our Terms of Use;
- Our Privacy Policy;
- The Event Terms and Conditions, if applicable; and
- Any additional terms and conditions of the relevant Event Partner(s) which can be found on their respective websites or at the venue itself or which are disclosed during the ticket purchase process.

2.2 We facilitate the Purchase of tickets for events, and from time to time, where expressly stated, we may act as a promoter or organizer of an event. Where DICE is not the event organizer, we exclude any liability and/or responsibility for the quality or nature of any such event including (but not limited to): your view at the venue where such event or show takes place, or the sound quality, local conveniences or accessibility of the event; any aspect of the quality of the stream you are able to watch for events streamed over the internet.

2.3 By purchasing a ticket through the App or Services, you warrant that the purchased ticket(s) will be used for your personal use only and not for any commercial purpose.

2.4 When you purchase a ticket you obtain a right to attend or watch the event as granted by the relevant Event Partner. The relevant Event Partner will be shown in the event listing in the App or on the Services, preceded by the words: "Presented by." We make available tickets on behalf of third party Event Partners who are not connected in any way with DICE. Those third party Event Partners are responsible to you for the relevant event. For the avoidance of doubt, from time to time, DICE may be the Event Partner and this will be made clear in the Event information on DICE.

2.5 Any changes to an event that occur after you have Purchased a ticket (such as a change of date/time, location, program, or artist, or an event cancellation) are the sole responsibility of the Event Partner for that event. Please see Section 3, which sets out how we will inform you of any changes to an event.

2.6 By hitting the 'Purchase Tickets' button in the App or on the Services, you are making a contractual offer to purchase the ticket(s). This offer is only accepted by DICE on behalf of, or acting as, the Event Partner once you receive a confirmation email from us (as such it's important that you provide an accurate email address to DICE).

carefully before the event. Your ticket is stored on the DICE App, and is found by clicking on the 'tickets' option of the App menu. Your ticket is required for entry to the venue or access to the stream and must be presented upon request for each ticket holder. Note that for certain events, a hardcopy ticket may be provided to you. In these circumstances, we will notify you by telephone, email or within the App of the arrangements for receiving or collecting your tickets. You may be asked by the venue or streaming platform to separately verify your identity and/or age by providing ID for events with age restrictions. For streamed events, access will be communicated to you via your in-App ticket, or the DICE website, and/or emails sent on the day of the streamed event.

2.8 When Purchasing tickets via the App or on the Services, you will be limited to a maximum number of tickets for each event (as specified in the order page of the App or the Services).

2.9 You must purchase tickets only for those events which you plan to attend. You may not purchase tickets for the purpose of resale, transfer, or conveyance to any third party. You must purchase tickets in your personal capacity and not for commercial benefit or gain.

2.10 We may make available certain goods (for example, merchandise), services and digital content ("Non-Ticket Items") for purchase via the App or on the Services. Please see Sections 12 and 13 below for more information.

## 3. CANCELLATIONS, POSTPONEMENTS AND CHANGES

***Important:*** *Refunds (if eligible in accordance with these Purchase Terms) can only be issued by DICE if and when we receive the corresponding funds from the Event Partner. If the Event Partner does not return the original ticket proceeds ('Refund Amount') to us, we are unable to provide a refund to you. The Event Partner remains 100% responsible and liable for payment of any refunds due.*

3.1 By agreeing to Purchase a ticket, you agree to waive any rights you may have to withdraw from the contract. This means that once you have Purchased a ticket, it cannot be exchanged or refunded except in accordance with this section.

3.2 You will only be entitled to a refund (subject to us receiving the Refund Amount from the Event Partner), in the following circumstances:

holders on the Event Partner's behalf and subject to us obtaining the Refund Amount from the Event Partner. We aim to do this within five (5) working days of the Event Partner returning the original proceeds to us to enable us to process refunds. If you are entitled to a refund from the Event Partner where required under applicable law or legislation, DICE will only be able to process such refund under the following conditions: (i) we are instructed to do so by the Event Partner; and (ii) we are in receipt of the Refund Amount from the Event Partner.

2. **Event Changes:** If an event is postponed or rescheduled by the Event Partner, ticket holders may be given the option (subject to local laws and regulations) to either exchange their existing ticket for a new ticket for the rescheduled event date, or receive a full refund subject to the Event Partners own refund policy. Event Partners may provide a refund deadline. DICE will not be obligated to provide any refund unless (i) we are instructed to do so; and (ii) we are in receipt of the Refund Amount from the Event Partner.

3. **Wait List:** In accordance with our Wait List feature, where applicable. Please see Clauses 6 and 7 below for details.

4. **Cooling-Off Period:** If the Event has a cooling-off period unless the off-sale time of the Event is within 24 hours, in which case no such refunds will be available.

3.3 If an Event Partner notifies us of any changes to an event (as set out in clause 3.2(II),, we will:
Send a message to the mobile phone number or email address specified by you when registering with the App or the Services informing you of the change; and
Inform you about the Event Partner's procedure for reimbursements and refunds, where appropriate.

3.4 We will not reimburse the cost of Purchased tickets after an event has taken place unless instructed otherwise by, and at the discretion of, the Event Partner. You will not be entitled to a refund if you fail to attend an event or make an error when purchasing tickets (for example you buy the wrong quantity or the wrong timezoned ticket for a streamed event) unless the Event has a cooling-off period. You will not be entitled to a refund if you cannot view a streamed event for technical reasons not caused by DICE. In no circumstances will a refund be issued if requested for an Event due to take place within 24 hours of the request.

### 4. PRICES AND FEES

4.1 The price of the ticket(s) or Non-Ticket Item(s) listed in the App or on the Services includes any applicable taxes and will be the price indicated on the order pages of the App or the Services

4.2 We accept payment with Visa, MasterCard, American Express, Apple Pay, Android Pay and any other payment methods indicated in the App or the Services. You must pay for your order before the ticket(s) or Non-Ticket Item(s) will be provided to you.

4.3 We take all reasonable care to ensure that the price of the ticket(s) or Non-Ticket Item(s) set out in the App or on the Services is correct. If we discover an error in the price in your order, we will contact you to give you the option of either reconfirming your order at the correct price, or cancelling your order. We will debit or refund the method you used for payment of the order, as applicable. If we are unable to contact you, you agree that we may treat your order as cancelled.

## 5. SEAT SELECTION

5.1 Some tickets available on the App or on the Services will be issued for a particular seat or seating area at the event venue. When ordering such tickets, the App or on the Services may give you the option of selecting your preferred seating area (rather than individual seat numbers).

5.2 Where you have selected a seating area when placing your order for the tickets, we may contact you at a later date and before the event to give you the option of selecting a particular seat number for your ticket(s) ("Set Seat"), so long as you inform us of your selection via the App or the Services and within the timeframe provided to you by us. Please note that you may be required to pay a small charge to us via the App or the Services, in addition to the ticket price, in order to select a Set Seat. We will notify you of this charge when giving you the option to select a Set Seat.

5.3 Where you do not select a Set Seat under Section 5.2, we will allocate individual seat number(s) to you for your ticket(s) within the seating area you selected when placing your order. We will notify you of your seat numbers via the App or the Services and prior to the event. We will endeavor to ensure that where you have ordered more than one ticket, each ticket will be allocated seats that are next to each other. If you have any questions in relation to seat allocation please contact us at help@dice.fm.

5.4 DICE has the right to allocate you alternative seats of an equal value.

5.5 Any seating charts shown via the App or the Services will reflect the general layout of the venue at that time. For some events the layout and specific seat locations may vary without notice. Neither DICE nor the Event Partner will be liable for any difference between seating charts shown in the App and the layout of the venue.

with the Event Partner, DICE may enable the wait list feature ("Wait List") for that event.

6.2 Where the conditions of Section 6.1 have been met, you may have the option to offer your ticket to the Wait List via the App or the Services in order for it to be offered to other users of the App or the Services, so long as the return is made prior to the Event Partner's deadline. This deadline is at the discretion of the Event Partner, though DICE endeavors to make the deadline as close as possible to the stated event time.

6.3 Once you have agreed to offer your ticket to the Wait List, you forfeit your rights to the ticket(s) and they will no longer exist in your account during the Wait List period. If the ticket(s) offered is not successfully Purchased by another user from the Wait List, the ticket(s) will be returned to your account prior to the Event Partner's deadline, and you will be able to use the ticket, but not be eligible for a refund. If the ticket(s) is successfully Purchased by another user from the Wait List before the deadline, it will be deemed to have been resold by the Event Partner to the new purchaser as described in Section 2.3, your rights to the ticket will cease entirely, and a full refund of your original Purchase for that ticket(s) will be provided to you. You will not be paid the difference (if any) between the original Purchase price and the price for which the ticket was resold for, if higher (with such difference being the "Wait List Fee").

**7. WAIT LISTS PURCHASES**

7.1 The App or the Services may allow you to sign up to the Wait List for an event. If additional tickets are available for Purchase either by the Event Partner providing DICE with more tickets to sell on its behalf, or other users returning their Purchased tickets to the Wait List in accordance with Section 6.2, you will be notified and given a limited time period in which to Purchase the tickets through the App ("Timeframe").

7.2 The ticket(s) Purchased via the Wait List are subject to a higher price above the original price of the ticket(s). The Wait List price you see in the App or the Services is the total higher price for that ticket when purchased through the Wait List feature, including the Wait List Fee.

7.3 If you have joined the Wait List and offered a ticket(s), you are under no obligation to Purchase.

7.4 Failure to complete a Purchase of ticket(s) offered to you within the Timeframe will result in the tickets being offered to the next person on the Wait List Users who miss an opportunity to

7.5 You acknowledge that joining a Wait List does not guarantee you will successfully Purchase a ticket that becomes available. We are also not responsible if you fail to receive a notification or complete a transaction within the Timeframe in order to successfully Purchase the offered ticket(s).

## 8. ACCIDENTAL PURCHASES

8.1 You are responsible for checking the event details before Purchasing a ticket to ensure that the event's artist, date, time, location, age limit, and any other restrictions are correct and acceptable to you. You will not be eligible for a refund in instances where such restrictions prevent your attendance.

8.2 Streamed events will sometimes be shown at multiple times to suit viewers in different time zones. The time zone stated in the event description is fixed, and unless otherwise stated does not exclude fans from outside that territory or time zone from purchasing. However it is your responsibility to check that the time zone for which you are purchasing is suitable for you. DICE cannot guarantee refunds or exchange of tickets for an alternative time zone if you mistakenly purchase a ticket for a time zone that does not suit your viewing.

## 9. NON RESALE OF TICKETS

9.1 Any resale or transfer (or attempted resale or transfer) of a ticket in breach of Clause 9.1 is a material breach of these Purchase Terms and is strictly prohibited. Such activity is grounds for the immediate confiscation, invalidation, or cancellation of the relevant ticket(s) without refund or other compensation. Furthermore, we reserve the right, at our sole discretion, to suspend or permanently terminate your account and block you from using the App and our Services. For further information on how your personal data is handled when your account is blocked for a breach of these terms, please refer to our Privacy Policy.

9.2 Any resale or transfer (or attempted resale or transfer) of a ticket in breach of Section 9.1 is grounds for the immediate confiscation, invalidation, or cancellation of that ticket without refund or other compensation, and may result in full suspension of your use of the ticket transfer feature or full suspension of the original ticket holder's use of the App in general, at DICE's sole discretion.

## 10. LIMITED RIGHT TO TRANSFER TICKETS

Recipient must not be a commercial entity or enterprise. Ticket transfer can be done at any time prior to the ticket transfer cut-off date and time specified by the Event Partner, provided that the conditions below are met:

- The Recipient is an individual person who plans to attend the event; and
- The Recipient has a device compatible with the App; and
- The Recipient's mobile number associated with the App is stored and accessible from the contact list or phone book of the Sender's personal device; and
- The Recipient has downloaded the most recent and updated version of the App to their phone; and
- The Recipient has successfully registered and created an App account using the device and mobile number mentioned above.

10.2. Should you transfer your ticket in accordance with this clause, any Non-Ticket item purchased must be returned prior to such ticket transfer (such return to be made in accordance with these Purchase Terms). For the avoidance of doubt, no refund will be provided for any Non-Ticket Item purchased with a ticket if such ticket is transferred prior to the return of such Non-Ticket Item.

10.3 Due to restrictions placed on DICE by Event Partners, only tickets for certain events may be transferred using this feature. If the event does not allow the transfer of tickets as a feature within the App, you may contact help@dice.fm to request this manually by providing the full name and mobile number of the Recipient to whom you wish to transfer a ticket. Conditions for the Recipient to receive the ticket are as described above. You must contact DICE at least two weeks in advance of the event date if you wish to transfer a ticket in this way. If you contact us to transfer your ticket with less than this notice period, we cannot guarantee we will be able to fulfill your request. Any requests to transfer tickets in this manner that are received less than two weeks before the event may be denied at DICE's sole discretion.

10.4 When using the ticket transfer feature, the Sender is responsible for ensuring that the mobile number of the Recipient is correct for the intended purchaser of the ticket. Any ticket successfully transferred to a Recipient automatically becomes the property of that Recipient and the Sender then has no rights in relation to the ticket. DICE is not responsible for any tickets mistakenly sent to the wrong Recipient and cannot transfer the tickets in question back to the Sender without the Recipient's prior authorization or consent.

in order to earn a profit or otherwise commercially benefit from the ticket transfer transaction. DICE is not responsible for any Recipient refusing to pay any Sender. If an event is cancelled, a refund will be made to the Sender as the original ticket holder by the same means as payment for the ticket was originally made. The Sender is then responsible for remitting the refund separately and directly to the Recipient.

10.6 When requested by the Sender, Recipients of tickets are responsible for settling payment separately and directly with the Sender for an amount no greater than the face value of the ticket.

10.7 If the Recipient of a transferred ticket is unable to attend the event, the tickets may be transferred again to a new Recipient or returned to the original Sender using the process set out above.

10.8 Except where prohibited by local law or regulation, it is prohibited for any Recipient to pay more than face value for a ticket. DICE will conduct periodic checks with Recipients to ensure that no more than face value was paid for any ticket. Any transfer of tickets under this Clause 10 for commercial purposes is strictly prohibited, including but not limited to using purchased tickets in prize draws, competitions, the onward resale through ticket brokers or ticket resellers, or any other conveyance that violates these Purchase Terms . Any Sender found to have requested or received payment from a Recipient above the face value, or found to have transferred (or offered to transfer) a ticket for commercial use, is in breach of the terms under which the ticket was sold and that may be cause for the immediate confiscation, invalidation, or cancellation of the ticket without any refund or other compensation and for a future restriction on the use of the ticket transfer feature or full suspension of the Sender’s use of the App in general, at DICE’s sole discretion.

## 11. LIABILITY AND WARRANTY DISCLAIMERS

Without limiting anything set forth elsewhere in these purchase terms or in the terms of use, you agree to the following limitations on liability to the fullest extent permitted by law:

11.1 DICE assumes no responsibility for tickets purchased through third parties or unofficial sales points. DICE is not responsible for any differences in price with other media or sales channels.

11.2 DICE is not responsible for:

the Services. Our Event Partners may seek to allow you to gain entry to the event without your mobile phone by you speaking to a DICE or event representative who will ask for ID verification in order to allow access to the event. However, this is not guaranteed.

- Any personal arrangements including travel, accommodation or hospitality relating to the attendance or an event. neither we nor the relevant event partner shall be liable to you for any loss of enjoyment or wasted expenditure.
- Any issues relating to the quality of a streamed event including but not limited to buffering, pixelation, functionality of the stream, or access to the stream from a specific device, unless such issues are the fault of DICE.
- Any exchange or bank fees incurred by you arising from the normal course of payment or reimbursement.

11.3 Except as otherwise set out in these purchase terms, our liability to you in connection with:

- An event (including, but not limited to, any cancellation, rescheduling or material change to the program of the event or the quality of an event, or your ability to view a streamed event) and the ticket you have purchased shall be limited to the price paid by you for the ticket or $5, whichever is higher; or
- A non-ticket item shall be limited to the price paid by you to us for that non-ticket item.

11.4 DICE shall have no liability if you are refused entry to, or removed from, an event by any third party and for any reason.

11.5 For clarity, and without limiting anything set forth elsewhere in these purchase terms or the terms of use, all products and services sold through the app or the services are provided on an “as is” and “as available” basis without any warranties of any kind, and DICE disclaims all warranties relating to the same, including, but not limited to, the warranties of title, merchantability, non-infringement of third parties rights and fitness for a particular purpose.

11.6 COVID-19

11.6.1 ‘Covid-19’ means the global outbreak of the respiratory coronavirus disease known as COVID-19 and the virus known as severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) (and any subsequent waves or derivatives of the same). There is a risk of the transmission of

11.6.2 By purchasing tickets to an event via the App or the Services, you accept that neither DICE nor the Event Partner can guarantee that you will not be exposed to Covid-19. You voluntarily accept the risk of being exposed to, contracting or spreading Covid-19. You agree that DICE and the Event Partner are not responsible or liable for any injuries, sickness, or death resulting from such causes.

11.6.3 You also agree:

- To comply with all health and safety protocols implemented by the Event Partner (which can be amended at any time according to the latest guidance or legislation, or as otherwise deemed necessary). These protocols may be communicated to you via various channels including but not limited to the Event Partners website, venue signage or as instructed by venue staff at the event;
- To abide by all government guidance aimed at preventing the transmission of Covid-19; and
- Not to enter the venue if you believe you may have been infected with Covid-19.

## 12. ACCESS TO VENUES AND STREAMED EVENTS

12.1 Your purchase of a ticket to an event via the App or Services will enable you to attend the event, or view the live stream, subject always to the terms and conditions specified in these Purchase Terms. By purchasing a ticket on the App or the Services, you acknowledge that the Event Partner reserves the right, on reasonable and lawful grounds, to refuse entry to, block online access, or remove from the premises any ticket holder without requirement to offer a refund or other compensation. By way of example, the Event Partner may remove a ticket holder who:

- Has behaved in a manner which, in the reasonable opinion of the Event Partner has, or is likely to, affect the enjoyment of other visitors; or
- Uses threatening, abusive or insulting words or behavior, or in any way provokes or behaves in a manner which may provoke a breach of the peace; or
- In the reasonable opinion of the Event Partner, is under the influence of alcohol or drugs; or
- Fails, when required, to produce proof of identity or age (as or when appropriate); or
- For streamed events, fails to comply with the streaming platform's terms of use; or

12.2 By accepting these Purchase Terms, you acknowledge that DICE shall have no liability if you are refused entry to an event, or you are removed or blocked from a streamed event, by an Event Partner or otherwise for the actions or inactions of the Event Partner.

12.3 Unless stated in the event copy, all streamed events are broadcast as live experiences. It is your responsibility to ensure that you are ready and able to watch the event ahead of time, in accordance with the instructions sent via the App or in DICE's event communications. Unless otherwise stated, you should assume that streamed events will not be available to watch after the listed time and date, and that you will not be able to pause or rewind streamed events.

12.4 To view a streamed event, you should ensure you have the most up to date version of the DICE App, or you are viewing via an up-to-date web browser on a laptop or desktop computer. Though DICE does work with a number of streaming platforms and casting configurations, we cannot guarantee functionality when streamed events are viewed via casting devices, smart TVs, games consoles or other hardware. If for any reason you experience buffering or access issues during a streamed event, we are unable to guarantee a refund or rewatch opportunity.

**13. NON-TICKET ITEMS**

13.1 We may make available certain Non-Ticket Items for purchase via the App or the Services (including goods, services and digital content), in our capacity as a disclosed agent for and on behalf of an Event Partner. Such Non-Ticket Items include but are not limited to VIP passes, parking passes, drinks tokens and camping passes. The Event Partner is responsible for fulfilling any Non-Ticket Item you purchase, and DICE accepts no liability for any non-fulfilment of a Non-Ticket Item by an Event Partner. Clauses 13, 14 and 15 only apply to the purchase of Non-Ticket Items (and not to tickets).

13.2 Any Non-Ticket Item purchased through the App or the Services is subject to:

These Purchase Terms;
Our Terms of Use;
Our Privacy Policy; and
Any additional terms and conditions of the relevant Event Partner(s) which can be found on the order pages when making a purchase.

13.3 Where the Non-Ticket Item is a physical item (for example, goods), we are under a legal duty to supply goods that are in conformity with these Purchase Terms.

13.5. DICE operates a 'use it or lose it' policy for Non-Ticket Items. If you fail to use and/or claim your Non-Ticket Item, whether in whole or in part, during the Event, or in accordance with the instructions provided to you for claiming of each Non-Ticket Item, or if you do not attend the Event for any reason, the Non-Ticket Item will subsequently expire and/or be forfeited and cannot be reclaimed or refunded, subject to your cancellation rights at Clause 15.

13.6. If an Event Partner cancels or postpones an Event, or fails to fulfil a Non-Ticket Item, you may be entitled to a refund in accordance with these Purchase Terms or the Event Partner's terms.

Customised and special order items will only be accepted for returns if the product does not substantially conform to the customisation specified at the time of purchase. To be eligible for a return, purchased items must be unused or returned in the same condition that you received them. Once the returned item is received and approved for return, a refund will be issued.

**14. DRINKS ON DICE**

14.1 Alcohol and alcohol related products can only be sold to persons who meet the legal drinking age limit in the country in which they intend to purchase such alcohol products. By placing an order for a drink token, you confirm that you are of legal drinking age in the country in which the drink token is intended to be used.

14.2 The Event Partner will be responsible for verifying your age on purchase of any alcohol at a venue and/or event, and for dispensing and/or serving any alcohol to you. Each drink token you receive can be used for the purchase of alcoholic and/or non-alcoholic drinks at the Event Partners discretion.

14.3 Sale of alcohol is subject to availability and at the Event Partner's sole discretion, and you may be refused the sale of alcohol at the Event Partner's discretion. Event Partners or venues may refuse to serve any alcohol or alcohol related products to any person unless they can provide valid photo ID pertaining to the legal drinking age in their jurisdiction.

14.4 Event Partners or venues may refuse to serve any person who is, or appears to be under the influence of either alcohol or drugs. You may be refused the sale of alcohol at the venue and/or event at the Event Partners discretion in which case a refund will be given in accordance with Consumer Protection laws.

**15. CANCELLATION RIGHTS**

15.1 Note that where we have made a Non-Ticket Item available via the App or the Services on behalf of an Event Partner, any cancellation or return of that Non-Ticket Item will also be subject to the terms and conditions of that Event Partner.

15.2 Note that you do not have a right to change your selection or cancel:

Tickets or other forms of entry to an event;
Any upgrades or additional services including travel, catering, accommodation, transport or services relating to leisure activities, to be provided on a specified date or during a specified period;
Services, once these have been completed, even if the 14 day cancellation period is still running;
Digital content after you have started to download or stream these; and
Goods sealed for health protection or hygiene purposes, once these have been unsealed after you receive them.

15.3 You have the right to change your selection and cancel a purchase made via the App or the Services for:

Goods within 14 calendar days of the day on which you receive the goods;
Services within 14 days after the day we email you to confirm we accept your order. However, once we have completed the services you cannot change your selection or cancel, even if the period is still running. If you cancel after we have started the services, you must pay us for the services provided up until the time you tell us that you have changed your selection or cancelled.
Digital content within 14 days after the day we email you to confirm we accept your order, or, if earlier, until you start downloading or streaming. If we delivered the digital content to you immediately, and you agreed to this when ordering, you will not have a right to change your selection or cancel.

15.4 You can cancel by emailing us at help@dice.fm.

15.5 If you have received the goods before you have made your cancellation request to us, you will need to return the goods to us (or the Event Partner, depending on the instructions we give you) within 14 calendar days of telling us you wish to cancel. The goods must be returned in perfect original sale-able condition in the original packaging and with all tags attached, to either the

15.6 We will refund you the price you paid for the goods, service or digital content including any the original delivery costs. We will make any refunds due to you as soon as possible, and in any event within 14 days after the day on which we receive (or the relevant Event Partner receives) the goods back from you or, if earlier, 14 days after the day on which you provide us with evidence that you have sent the goods back to us (or the Event Partner).

15.7 We (or the Event Partner on whose behalf we sold the relevant goods) may make deductions from the price (excluding delivery costs) to reflect any reduction in the value of goods returned, if this has been caused by your handling them in a way which means they are not in perfect original sale-able condition in the original packaging and with all tags attached. If we refund you the price paid before we are able to inspect the goods and later discover you have handled them in an unacceptable way, you must pay us an appropriate amount.

**16. SUSPECTED FRAUD**

16.1 We have the right to remove or revoke your tickets (including any tickets transferred in accordance with Clause 10) and provide a full refund to the payment card account holder if your Purchase is suspected of being fraudulent and/or if we have grounds to suspect that your tickets were Purchased using a stolen card (the 'Suspected Fraud').

16.2 Where clause 16.1 applies, we are not obliged to notify you of the removal, revocation or refund, nor provide you with any detail of the Suspected Fraud. This is to ensure that those committing fraud are not alerted to the methods of investigation.

16.3 If you believe that your tickets have been removed incorrectly due to Suspected Fraud, you may dispute this by contacting our support team at help@dice.fm.

**17. GENERAL**

17.1 Certain events may be recorded for commercial and/or promotional purposes by the Event Partner. When accessing the venue or show you consent to your image being captured and used in this way.

17.2 DICE reserves the right to obtain photographs, audio or video of all events for which DICE makes tickets available, including any of the foregoing that may depict your image or likeness.

networking channels and other materials related to the App or the Services for our business purposes.

17.3 Should you have a complaint, please see details of our complaints procedure as set out in our Terms of Use.

---

## Articles in this section

Canada Purchase Terms

India Purchase Terms

United Kingdom Purchase Terms

United States Purchase Terms

Italy Purchase Terms

Back to dice.fm

English (United Kingdom)

GET IN TOUCH

## Work with us

Artists

Venues

Promoters

## Support

Help Centre

## Download

Android

iOS

Privacy Policy

Terms of Use

Purchase Terms

© DICE FM Ltd