# EXHIBIT E

**EXHIBIT 21.1**

**Subsidiaries of Live Nation Entertainment, Inc.**

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| #JUSTAREGULARNATION, LLC | Delaware |
| 1200 Cermak LLC | Illinois |
| 3P Festival LLC | Delaware |
| 6 Washington Pool LLC | Delaware |
| 800 Liberace, LLC | Delaware |
| 801 Brickell LLC | Delaware |
| Academy LA, LLC | Delaware |
| ACMF, LLC | Texas |
| Archer Music Hall LLC | Pennsylvania |
| Arrive I LLC | Delaware |
| Arrive I Management, LLC | Delaware |
| Arrive II GP LLC | Delaware |
| Arrive II LP | Delaware |
| Arrive III LP | Delaware |
| Arrive Opportunities Fund I GP, LLC | Delaware |
| Arrive Opportunities Fund I SPV, LLC | Delaware |
| Arrive Opportunities Management, LLC | Delaware |
| Artist Nation Management Group, LLC | Delaware |
| Assembly Room Studios, LLC | Delaware |
| August Hall, LLC | Delaware |
| Auris Presents LLC | Illinois |
| Axis Nation, LLC | Virginia |
| Bamboozle Festival, LLC | Delaware |
| Baron Global, Inc. | Delaware |
| Beyond Fabrication, LLC | Delaware |
| Big Chicago LLC | Illinois |
| Big Loud Mountain Management, LLC | Tennessee |
| BigChampagne, LLC | Delaware |
| Black Lily Investment Fund, LLC | Delaware |
| Black Page Concessions, LLC | Delaware |
| Black Swan Hospitality LLC | Delaware |
| Blackout Merch LLC | Delaware |
| Blueprint Artist Management II, LLC | Delaware |
| Blues at the Depot, LLC | Utah |
| Boston Calling Events LLC | Delaware |
| Bottlerock Presents LLC | Delaware |
| Boundless Systems, LLC | Delaware |
| Bowery Ballroom, LLC | Delaware |
| Bowls Holdings, LLC | Delaware |
| Bowls Holdings DC, LLC | Delaware |
| Bowls Holdings Nashville, LLC | Delaware |
| Bowls Holdings Philadelphia, LLC | Delaware |
| Bowls Las Vegas, LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Broccoli City Festival, LLC | Delaware |
| Bromo, LLC | Florida |
| Brooklyn Bowl Las Vegas, LLC | Delaware |
| Brooklyn Bowls Present, LLC | Delaware |
| Brooklyn Paramount, LLC | Delaware |
| Buena Onda Presents, LLC | Delaware |
| By Any Means Management, LLC | Delaware |
| C2 Acquisitions, LLC | Delaware |
| C2 Acquisitions II, LLC | Delaware |
| C3 Booking, LLC | Texas |
| C3 Presents, L.L.C. | Texas |
| C3P Emo's, LLC | Texas |
| C3P Scoot Inn, LLC | Texas |
| Capitol OpCo, LLC | Delaware |
| Career Acquisitions, LLC | Delaware |
| Caring & Daring, LLC | Delaware |
| Catbird Music Festival Holdings, LLC | Delaware |
| Cellar Door Venues, Inc. | Florida |
| City in Motion LLC | Delaware |
| Cloud 9 Holdco LLC | Delaware |
| CN Holdco, LLC | Delaware |
| Coach HC LLC | Tennessee |
| Collectionzz, LLC | Delaware |
| Connecticut Amphitheater Development Corporation | Connecticut |
| Connecticut Performing Arts Partners | Connecticut |
| Country Music Holding Company, LLC | Delaware |
| Country Nation - Chicago, LLC | Delaware |
| Country Nation - DE, LLC | Delaware |
| Country Nation, LLC | Delaware |
| Crossroads Presents, LLC | Delaware |
| Cultivate Management, LLC | Delaware |
| Cumberland Amphitheatre Partners, LLC | Delaware |
| Dalton Entertainment, LLC | Delaware |
| DG Medios US, LLC | New York |
| DGXP Resorts LLC | Delaware |
| Diversified Production Services, LLC | Delaware |
| Do617 LLC | Delaware |
| Dome Opco, LLC | Delaware |
| EDC The Movie, LLC | Delaware |
| EDM Identity, LLC | Delaware |
| Eight Ball Pricing Solutions, LLC | Delaware |
| Ekho Events, LLC | Delaware |
| Element Artist Development, LLC | Delaware |
| Element1 Management, LLC | California |
| Emagen Talent Group, LLC | Delaware |
| Emagen WITH Music, LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Emagen WITH, LLC | Delaware |
| Emotional Nite Time, LLC | Delaware |
| Emporium Presents, LLC | Delaware |
| Equity Distribution LLC | Delaware |
| Equity Publishing LLC | Delaware |
| ESM Productions, LLC | Delaware |
| Event Support Group, LLC | Delaware |
| EW Experience Holdings, LLC | Delaware |
| F and F Concessions, Inc. | Illinois |
| Faculty Management, LLC | Delaware |
| Faculty Productions, LLC | Delaware |
| Femme it Forward, LLC | Delaware |
| Fenway Music Company, LLC | Delaware |
| Festival Holdings, L.L.C. | Virginia |
| Festival One, LLC | Delaware |
| FH JV Holdings, LLC | Delaware |
| Fillmore Minneapolis Corp. | Delaware |
| Fillmore New Orleans Corp. | Delaware |
| First Fleet Concerts, LLC | Delaware |
| FKMF, LLC | Delaware |
| Flus Ventures LLC | Delaware |
| Forecastle Ventures, LLC | Tennessee |
| Founders Entertainment, LLC | New York |
| FPC Live LLC | Wisconsin |
| FPSF Holding, LLC | Delaware |
| Frank Productions Concerts, LLC | Wisconsin |
| Frank Productions, LLC | Delaware |
| Freshjive, LLC | Delaware |
| Front Gate Ticketing Solutions, LLC | Delaware |
| Gellman Management LLC | Delaware |
| GHH KSA Trademark LLC | Delaware |
| Glow DC, LLC | Delaware |
| Glow Events, LLC | Delaware |
| Good World Creative, LLC | Delaware |
| Good World Productions, LLC | Delaware |
| Good World Ventures, LLC | Delaware |
| Gov Ball 2016, LLC | New York |
| Greenlight Media & Marketing, LLC | Delaware |
| Greenlight Studios, LLC | Virginia |
| Groot 1575 Alton LLC | Delaware |
| Groot 2660 NW 3rd Ave LLC | Delaware |
| Groot 2660 NW 3rd Ave Management LLC | Delaware |
| Groot 41st Street | Delaware |
| Groot 8th Street IP LLC | Delaware |
| Groot 8th Street LLC | Delaware |
| Groot 8th Street Management LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Groot Alton IP LLC | Delaware |
| Groot Alton Management LLC | Delaware |
| Groot Cocowalk LLC | Delaware |
| Groot Cocowalk Management LLC | Delaware |
| Groot Design District Hospitality, LLC | Florida |
| Groot Entertainment LLC | Delaware |
| Groot Forge, LLC | Delaware |
| Groot Hospitality Holdings, LLC | Delaware |
| Groot Hospitality LLC | Delaware |
| Groot LIV Las Vegas, LLC | Delaware |
| Groot Music Design District LLC | Delaware |
| Groot Papi Steak Restaurant LLC | Delaware |
| Groot PS Management LLC | Delaware |
| Groot Reign Makers Hotel Brand LLC | Delaware |
| Groot Sports LLC | Delaware |
| Groot Sports Management LLC | Delaware |
| Groot Stadium LLC | Delaware |
| Groot Steak LLC | Delaware |
| Groot WMP Hospitality LLC | Delaware |
| Groot Women's Club IP LLC | Delaware |
| Groot Women's Club LLC | Delaware |
| Groot Women's Club Management LLC | Delaware |
| Hard Events LLC | California |
| Heat Love Group, LLC | Texas |
| High Noon Saloon LLC | Wisconsin |
| Hijinx Festival Holdings, LLC | Delaware |
| Hillside Productions, Inc. (Freedom Hill) | Michigan |
| HOB Ace of Spades Corp. | Delaware |
| HOB Boardwalk, Inc. | Delaware |
| HOB Café Corp. | Delaware |
| HOB Chicago, Inc. | Delaware |
| HOB Depot Corp. | Delaware |
| HOB Entertainment, LLC | Virginia |
| HOB Grand Rapids, LLC | Delaware |
| HOB HiFi Dallas Corp. | Delaware |
| HOB Marina City Partners, L.P. | Delaware |
| HOB Marina City, Inc. | Delaware |
| HOB Marquis Corp. | Delaware |
| HOB Punch Line Chicago Corp. | Delaware |
| HOB Punch Line Dallas Corp. | Delaware |
| HOB Punch Line Penn Corp. | Delaware |
| HOB Punch Line S.F. Corp. | Delaware |
| HOB Queen Theater Corp. | Delaware |
| HOB Rose City MH Corp. | Delaware |
| HOB Roxian Corp. | Delaware |
| HOB Seattle Corp. | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| HOB Summit MH Corp. | Delaware |
| HOB Varsity Corp. | Delaware |
| Hofesh, LLC | Delaware |
| Hot Fire, LLC | Texas |
| House of Blues Anaheim Restaurant Corp. | Delaware |
| House of Blues Cleveland, LLC | Delaware |
| House of Blues Concerts, Inc. | California |
| House of Blues Dallas Restaurant Corp. | Delaware |
| House of Blues Houston Restaurant Corp. | Delaware |
| House of Blues Las Vegas Restaurant Corp. | Delaware |
| House of Blues Myrtle Beach Restaurant Corp. | Delaware |
| House of Blues New Orleans Restaurant Corp. | Delaware |
| House of Blues Orlando Restaurant Corp. | Delaware |
| House of Blues Restaurant Holding Corp. | Delaware |
| House of Blues San Diego Restaurant Corp. | Delaware |
| House of Blues San Diego, LLC | Delaware |
| Humilde Nation, LLC | Delaware |
| Hungry, Thirsty, Crazy, and Lucky, LLC | Texas |
| Innings, LLC | Delaware |
| Insomniac Holdings, LLC | Delaware |
| Insomniac Records, LLC | Delaware |
| Insomniac SD, LLC | Delaware |
| IO Media, Inc. | New York |
| IOMedia Technologies, LLC | New York |
| JMBLYA, LLC | Texas |
| K Dallas Beverage LLC (aka Komodo Dallas Beverage LLC) | Texas |
| KDTX Associates, LLC | Delaware |
| KDTX Management LLC | Delaware |
| Key Club Miami LLC | Delaware |
| Komodo Dallas, LLC | Texas |
| Komodo Las Vegas, LLC | Delaware |
| Lagos Arena Holdings, LLC | Delaware |
| Lakonia Entertainment LLC | Illinois |
| Lansdowne Boston Restaurant, LLC | Delaware |
| Levitate Music Festival, LLC | Delaware |
| Lionfish Management, LLC | Delaware |
| Live Nation Bogart, LLC | Delaware |
| Live Nation Chicago, Inc. | Delaware |
| Live Nation LGTours (USA), LLC | Delaware |
| Live Nation Marketing, Inc. | Delaware |
| Live Nation Merchandise, LLC | Delaware |
| Live Nation MTours (USA), Inc. | Delaware |
| Live Nation Paradise, LLC | Delaware |
| Live Nation Pioneer Holdings, LLC | Delaware |
| Live Nation Productions, LLC | Delaware |
| Live Nation Studios Holdings, LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Live Nation Studios Productions, LLC | Delaware |
| Live Nation Ticketing, LLC | Delaware |
| Live Nation Touring (USA), Inc. | Delaware |
| Live Nation Urban, LLC | Delaware |
| Live Nation UshTours (USA), Inc. | Delaware |
| Live Nation UTours (USA), Inc. | Delaware |
| Live Nation VenueCo, LLC | Delaware |
| Live Nation Worldwide, Inc. | Delaware |
| LMG Management Holdings, LLC | Delaware |
| LMG Management LLC | Delaware |
| LMG Management Ventures, LLC | Delaware |
| LMG Management Ventures III, LLC | Delaware |
| LN Charlotte Amphitheater VenueCo Holdings, LLC | Delaware |
| LN Charlotte Amphitheater VenueCo, LLC | Delaware |
| LN Indiana Amphitheater VenueCo Holdings, LLC | Delaware |
| LN Indiana Amphitheater VenueCo, LLC | Delaware |
| LN Missouri Amphitheater VenueCo Holdings, LLC | Delaware |
| LN Missouri Amphitheater VenueCo, LLC | Delaware |
| LN SHP C9, LLC | Delaware |
| LN SHP MP, LLC | Delaware |
| LN Virginia Amphitheater VenueCo Holdings, LLC | Delaware |
| LN Virginia Amphitheater VenueCo, LLC | Delaware |
| LN-HS Concerts, LLC | Delaware |
| Logjam Presents, LLC | Delaware |
| Lollapalooza, LLC | Delaware |
| LV Arena Company Holdings, LLC | Delaware |
| LV Arena Company, LLC | Delaware |
| Maniac Ventures, LLC | Delaware |
| Marcy Musik LLC | New York |
| Marquee Ventures MKE, LLC | Wisconsin |
| Marsantas LLC | Delaware |
| Maryland Festivals, LLC | Delaware |
| MBA Artist Management Company, LLC | Delaware |
| Meadowbrook Amphitheatre Holdings, LLC | Delaware |
| Merch Nation Holdings, LLC | Delaware |
| Merch Traffic, LLC | Delaware |
| Mercury Lounge, LLC | Delaware |
| MIA Festival Holdings, LLC | Delaware |
| Michigan Licenses, LLC | Delaware |
| Microflex 2001 LLC | Delaware |
| Minny Festivals, LLC | Delaware |
| MP Concerts, LLC | Delaware |
| National Shows 2, LLC | Wisconsin |
| NAUD STREET, LLC | Delaware |
| NDMF, LLC | Texas |
| Neste Event Marketing, LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| New Era Farms, LLC | Virginia |
| New IAMSPORTS, LLC | California |
| New York Theater, LLC | Delaware |
| No Limit Entertainment LLC | Delaware |
| NOC, Inc. | Connecticut |
| OC Festivals, LLC | Delaware |
| Palm Tree Crew Artist Management, LLC | Delaware |
| Papi Steak Las Vegas, LLC | Delaware |
| Parcel E. Holdco, LLC | Delaware |
| Phenom Productions, LLC | Delaware |
| Philly Artist Management, LLC | Delaware |
| Pioneer Coach Interiors, LLC | Tennessee |
| Pioneer Coach, LLC | Tennessee |
| Pioneer Production Logistics, LLC | Tennessee |
| Pioneer Production Transport, LLC | Tennessee |
| Pizza Friday Productions, LLC | Delaware |
| Portland Music Holdings, LLC | Delaware |
| Postfontaine Holdings, LLC | Delaware |
| Production Fleet Leasing, LLC | Tennessee |
| Production Group Holdings, LLC | Tennessee |
| Production Staffing Group, LLC | Delaware |
| PromoHouse, LLC | Delaware |
| Railbird Festival Holdings, LLC | Delaware |
| Rebel Artist Management, LLC | Delaware |
| Red Ginger SB, LLC | Florida |
| Red Mountain Entertainment, LLC | Delaware |
| Red75, LLC | Delaware |
| Red82, LLC | Delaware |
| Redrock Entertainment Services LLC | Delaware |
| ReignDeer Entertainment Corp. | California |
| ReignDeer Entertainment, LLC | Delaware |
| ReignDeer Investments, LLC | Delaware |
| Rimas Nation, LLC | Delaware |
| Rival Labs, Inc. | Delaware |
| Roc Nation Advertising LLC | Delaware |
| Roc Nation Distribution, LLC | Delaware |
| Roc Nation Latin Publishing, LLC | Delaware |
| Roc Nation, LLC | Delaware |
| Roc Nation Management, LLC | Delaware |
| Roc Nation Publishing, LLC | Delaware |
| Roc Nation Records, LLC | Delaware |
| Roc Nation Sports - Roc Nation Boxing, LLC | Delaware |
| Roc Nation Sports, LLC | Delaware |
| Roc Nation Studios, LLC | Delaware |
| Roc Nation Ventures, LLC | Delaware |
| Rock Fest Maryland, LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Rock in Rio USA, Inc. | Delaware |
| Rock World USA, LLC | Delaware |
| Rolling Loud, LLC | Delaware |
| RonRuss Red Ginger, LLC | Florida |
| S10 Entertainment & Media, LLC | Delaware |
| SAL & Co Management LP | Delaware |
| SC Management GP, Inc. | Delaware |
| Scheme Engine, LLC | Delaware |
| Scoremore Dreamville, LLC | Texas |
| ScoreMore Holdings, LLC | Delaware |
| Seven Candles, LLC | Delaware |
| Seven Peaks Festival, LLC | Delaware |
| SFX Financial Advisory Management Enterprises, Inc. | Delaware |
| Shakopee Partners, LLC | Delaware |
| Shaky Boots Fest, LLC | Georgia |
| Shaky Festivals Holdings, LLC | Delaware |
| Shaky Knees Fest, LLC | Georgia |
| SHN Festivals, LLC | Texas |
| Silk City Printing, LLC | Delaware |
| SME Entertainment Group LLC | Delaware |
| Soundcheck LLC | District of Colombia |
| Space Invaders, LLC | Florida |
| Space IP Licensing, LLC | Florida |
| Spaceland Productions, LLC | California |
| Space Park, LLC | Delaware |
| Spalding Entertainment, LLC | Tennessee |
| Split Second Management, LLC | Delaware |
| Starr Hill Presents Kansas, LLC | Virginia |
| Stateside Group, LLC | Delaware |
| Stubb's Austin Restaurant Company, LC | Texas |
| Swan Hospitality LLC | Florida |
| The Core Entertainment, LLC | Delaware |
| The Echo, LLC | California |
| Third & Hayden Holdco, LLC | Delaware |
| Third & Hayden MGMT, LLC | Delaware |
| Third & Hayden Publishing, LLC | Delaware |
| Third & Hayden Recordings, LLC | Delaware |
| ThreeDecadeAwakening, LLC | Delaware |
| Ticketmaster L.L.C. | Virginia |
| Ticketmaster New Ventures Holdings, Inc. | Delaware |
| Ticketmaster Pacific Acquisitions, Inc. | Delaware |
| Ticketstoday, LLC | Virginia |
| Ticketweb, LLC | Delaware |
| Timeline Management, LLC | Delaware |
| TM Vista Inc. | Virginia |
| TMF Holdco, LLC | Delaware |

| ***Domestic*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| TNA Tour II (USA) Inc. | Delaware |
| Top Hat Enterprises, LLC | Delaware |
| TX Music Club Adventures, LLC | Texas |
| Universe Inc. | Delaware |
| Upgraded, Inc. | Delaware |
| V Major, LLC | Delaware |
| Van Buren Group Holdings, LLC | Delaware |
| Vector Management LLC | Delaware |
| Veeps Inc. | Delaware |
| Vibee, LLC | Delaware |
| Virginia AmpCo, LLC | Delaware |
| VN Fillmore Denver Corp. | Delaware |
| VN Waukee Corp. | Delaware |
| Volta Beauty, LLC | Delaware |
| Voodoo Music Experience, LLC | Louisiana |
| Watch The Moonrise, LLC | Delaware |
| We Are Voices Entertainment, Inc. | Delaware |
| West Beverly Group, LLC | Delaware |
| West Wing Live, LLC | Illinois |
| Why Not Denver, LLC | Delaware |
| Why Not OC LLC | California |
| Why Not San Diego, LLC | Delaware |
| Wiltern Renaissance, LLC | Delaware |
| Wolfson Entertainment, Inc. | California |
| Women Nation, LLC | Delaware |
| YCFUNCO, LLC | Delaware |
| Ziggy's Pizza, LLC | Arizona |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| DF Entertainment, S.A. | Argentina |
| Live Nation Argentina S.A. | Argentina |
| Ash Assets Pty Ltd | Australia |
| Ash Sounds Pty Ltd | Australia |
| Brunswick Street Venue Pty Ltd | Australia |
| Cult Artists Pty Ltd | Australia |
| DNA Experiences Live Pty Ltd | Australia |
| Face to Face Touring Pty Ltd | Australia |
| Festival Hall Venue Management Pty Ltd | Australia |
| Four Fish Swimming Pty Ltd | Australia |
| Harvest Rock Pty Ltd | Australia |
| Hindley Street Music Hall Pty Ltd | Australia |
| Indian Ocean Venue Management Pty Ltd | Australia |
| Jubilee Street Management Pty Ltd | Australia |
| Kicks Entertainment Investments Pty Ltd | Australia |
| Kicks Entertainment Events Pty Ltd | Australia |
| Kicks Entertainment Projects Pty Ltd | Australia |
| Kicks Entertainment Productions Pty Ltd | Australia |
| Live Nation Australasia Pty Ltd | Australia |
| Live Nation Australia Festivals Pty Ltd | Australia |
| Live Nation Australia Venues Pty Ltd | Australia |
| Live Nation Holdings Australasia Pty Ltd | Australia |
| Live Nation Holdings Australasia 2 Pty Ltd | Australia |
| Live Nation Special Projects Pty Ltd | Australia |
| LN F2F Holdings Pty Ltd | Australia |
| LN Oldco Pty Ltd | Australia |
| Look up and Live Pty Ltd | Australia |
| Mellen Touring Pty Ltd | Australia |
| Moshtix Pty Ltd | Australia |
| Secret Sounds Group Pty Ltd | Australia |
| Secret Sounds Group Services Pty Ltd | Australia |
| Secret Sounds Pty Ltd | Australia |
| Secret Sounds Sponsorship Pty Ltd | Australia |
| Show Tickets Australia Pty Ltd | Australia |
| Southern Ocean Venues Pty Ltd | Australia |
| Splendour in the Grass Pty Ltd | Australia |
| T Shirt Printers Pty Limited | Australia |
| The Triffid Pty Ltd | Australia |
| Thirroul Theatre Management Pty Ltd | Australia |
| Ticketmaster Australasia Pty Ltd | Australia |
| TSP Merchandising Pty Ltd | Australia |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Village Sounds Agency Pty Ltd | Australia |
| Goodlive Artists Austria GmbH | Austria |
| Live Nation Austria GmbH | Austria |
| OE SASR Beta Dreiunddreißigste Beteiligungsverwaltung GmbH | Austria |
| ASB N.V | Belgium |
| Be-At Venues NV | Belgium |
| Dour Music Festival SA | Belgium |
| GMM Festival B.V. | Belgium |
| Live Nation Belgium Holdings B.V. | Belgium |
| Live Nation B.V. | Belgium |
| Live Nation Festivals N.V. | Belgium |
| Ticketmaster Belgium N.V. | Belgium |
| We Love Entertainment B.V. | Belgium |
| SE – Engenharia Consultiva Ltda | Brazil |
| Live Nation Brasil Entretenimento Ltda. | Brazil |
| Live Nation Brasil Marketing LTDA. | Brazil |
| PragmaDev Tecnologia da Informação Ltda. | Brazil |
| Roc Nation Sports Brazil Ltd. fka The Agency Brasil Ltd. | Brazil |
| Rock City S.A. | Brazil |
| Rock World S.A. | Brazil |
| TFM Agency International (BVI) Ltd. | Brazil |
| The Agency International (BVI) Ltd. | Brazil |
| The Football Agencies Ltd. | Brazil |
| Ticketmaster Brasil LTDA | Brazil |
| 1853780 Ontario Inc. | Canada |
| 2617322 Ontario Inc. | Canada |
| Embrace Presents, Ltd. | Canada |
| Evenko, G.P. | Canada |
| Front Gate Ticketing Solutions Canada, Ltd. | Canada |
| Gestion Evenko Festival, Inc. | Canada |
| Impressario, Inc. | Canada |
| Live Nation Canada, Inc. | Canada |
| Live Nation Ontario Concerts GP, Inc. | Canada |
| Live Nation Ontario Concerts, L.P. | Canada |
| Manett Holdings (Canada) Limited | Canada |
| Midway Music Arcade Kitchen Ltd. | Canada |
| Revival Event Venue Inc. | Canada |
| The Axis Club Inc. (aka The Mod Club) | Canada |
| The Opera House Inc. | Canada |
| Ticketmaster Canada LP | Canada |
| Ticketmaster Canada ULC | Canada |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Universe Experiences Inc, | Canada |
| Veld Music Festival Holdings Inc. | Canada |
| Veld Music Festival Inc. | Canada |
| Ticketmaster Cayman Finance Company Ltd. | Cayman Islands |
| Ticketmaster Middle East Limited | Cayman Islands |
| DG Medios SpA | Chile |
| Live Nation Chile SpA | Chile |
| SACA Producciones SpA | Chile |
| Ticketmaster Chile SpA | Chile |
| Compañía de Entretenimiento Colombia, S.A.S. | Colombia |
| OCESA Colombia, S.A.S. | Colombia |
| Promo Paramo S.A.S. | Colombia |
| Promotora Colombia, S.A.S. | Colombia |
| Ticket Colombia, S.A.S. | Colombia |
| Electronic Events d.o.o. | Croatia |
| Live Nation Adria d.o.o. | Croatia |
| Aquapath Limited | Cyprus |
| Echo Promotion s.r.o. | Czech Republic |
| Live Nation Czech Republic s.r.o. | Czech Republic |
| Ticketmaster Ceska republika, a.s | Czech Republic |
| Ticketpro Software s.r.o. | Czech Republic |
| Danish Venue Enterprise A/S | Denmark |
| I/S Heartland Festival | Denmark |
| Live Nation Denmark Aps | Denmark |
| Live Nation Denmark Management Holding Aps | Denmark |
| PDH Music A/S | Denmark |
| PDH Tour Accounts ApS | Denmark |
| Ticketmaster Danmark A/S | Denmark |
| We/Do Agency ApS | Denmark |
| Academy Music Group Limited | England & Wales |
| Academy Music Holdings Ltd | England & Wales |
| Angel Venues Limited | England & Wales |
| ANM2 Limited | England & Wales |
| Apollo Leisure Group Limited | England & Wales |
| Arena Island Limited | England & Wales |
| Artist Nation Management Limited | England & Wales |
| C I (Events) Limited | England & Wales |
| Cardiff Arena Operations Limited | England & Wales |
| Cardiff Arena Ventures Limited | England & Wales |
| Cream Events Limited | England & Wales |
| Cream Global Limited | England & Wales |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Cream Liverpool Limited | England & Wales |
| Cuffe and Taylor Limited | England & Wales |
| De-lux Merchandise Company Limited | England & Wales |
| DLT Events Limited | England & Wales |
| Electricland Limited | England & Wales |
| Festival Republic Limited | England & Wales |
| Finlaw 279 Limited | England & Wales |
| FREH Limited | England & Wales |
| Gafrus Limited | England & Wales |
| Globalgathering Group Limited | England & Wales |
| Gone Wild Events Limited | England & Wales |
| Hide & Seek Festival Ltd | England & Wales |
| HNOE Limited | England & Wales |
| Hot Festivals Limited | England & Wales |
| IME Music Limited | England & Wales |
| Isle of Wight Festival Limited | England & Wales |
| Live Nation (Music) UK Limited | England & Wales |
| Live Nation Apollo (Finco) Limited | England & Wales |
| Live Nation Apollo (Holdco) | England & Wales |
| Live Nation Apollo Limited | England & Wales |
| Live Nation Cardiff Holdings Limited | England & Wales |
| Live Nation Limited | England & Wales |
| Live Nation Merchandise Limited | England & Wales |
| LN-Gaiety Holdings Limited | England & Wales |
| LNGSJM Holdco Limited | England & Wales |
| Lollibop Festival Limited | England & Wales |
| MAMA & Company Limited | England & Wales |
| MAMA Festivals Limited | England & Wales |
| MAMA New Music Limited | England & Wales |
| Maztec Limited | England & Wales |
| Maztecrose Holdings Limited | England & Wales |
| Merch Traffic Limited | England & Wales |
| Metropolis Music Limited | England & Wales |
| Midland Concert Promotions Group Limited | England & Wales |
| Noisily Festival Limited | England & Wales |
| Nova Batida Festivals Limited | England & Wales |
| OnBlackheath Limited | England & Wales |
| Parklife Manchester Limited | England & Wales |
| Parallel Lines Promotions Limited | England & Wales |
| Plan B Management Limited | England & Wales |
| Quest Management (UK) Limited | England & Wales |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Reading Festival Limited | England & Wales |
| Rewind Festival Limited | England & Wales |
| Roc Nation Sports Limited | England & Wales |
| Roc Nation UK limited | England & Wales |
| Roseclaim Limited | England & Wales |
| Safe Festivals Group Limited | England & Wales |
| Sands Heritage Ltd | England & Wales |
| Showsec International Limited | England & Wales |
| TAP Music Publishing Limited | England & Wales |
| The Football Agencies Limited | England & Wales |
| The Warehouse Project (Manchester) Limited | England & Wales |
| the17 Limited | England & Wales |
| Ticketmaster Europe Holdco Limited | England & Wales |
| Ticketmaster Sport Limited | England & Wales |
| Ticketmaster UK Limited | England & Wales |
| TM Number One Limited | England & Wales |
| Ugly Duckling Limited | England & Wales |
| UNation Limited | England & Wales |
| Live Nation Baltics OU | Estonia |
| Live Nation Estonia OU | Estonia |
| Events Club Oy | Finland |
| Full Production Oy | Finland |
| K2 Entertainment Oy | Finland |
| Live Nation Finland Oy | Finland |
| Ticketmaster Suomi Oy | Finland |
| VN Helsinki Oy | Finland |
| Atlas SAS | France |
| Entre Deux | France |
| Live Nation France 2006 | France |
| Live Nation France Festivals | France |
| Live Nation SAS | France |
| LNE France Holdings SAS | France |
| Ticketnet | France |
| Berlin Festival Gmbh & Co. KG | Germany |
| BF Berlin Festival Verwaltungs-GmbH | Germany |
| Cosmopop Gmbh | Germany |
| Der Bomber der Herzen GmbH & Co. KG | Germany |
| Der Bomber der Herzen Verwaltungsgesellschaft mbH | Germany |
| FRHUG Festival GmbH & Co. KG | Germany |
| FRHUG Verwaltungs-GmbH | Germany |
| Gastrobüro GmbH & Co. KG | Germany |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Gastrobüro Verwaltungs GmbH | Germany |
| Goodlive Artists GmbH & Co. KG | Germany |
| Goodlive Artists Verwaltungs GmbH | Germany |
| Goodlive Festival GmbH | Germany |
| Goodlive GmbH | Germany |
| Heroes Festival GmbH | Germany |
| Herokey GmbH | Germany |
| Live Nation Brand Partnership & Media GmbH | Germany |
| Live Nation GmbH | Germany |
| Live Nation Holdings GmbH | Germany |
| Live Nation Theater GmbH | Germany |
| Lollapalooza GmbH | Germany |
| Nitelive Artists Verwaltungs GmbH | Germany |
| Seatwave Deutschland GmbH | Germany |
| Singer´s Getränke Shop GmbH & Co. KG | Germany |
| Singer´s Getränke Shop Verwaltungs GmbH | Germany |
| Superbloom Festival GmbH & Co. KG | Germany |
| Superbloom Festival Verwaltungs GmbH | Germany |
| SWMUNICH Accommodation GmbH | Germany |
| SWMUNICH Holdings GmbH | Germany |
| SWMUNICH Operations GmbH | Germany |
| SWMUNICH Parking GmbH | Germany |
| SWMUNICH Real Estate GmbH | Germany |
| Ticketmaster Deutschland Holding GmbH | Germany |
| Ticketmaster GmbH | Germany |
| Wanderlust Europe GmbH | Germany |
| Ticketmaster Hellas S.A. | Greece |
| EMF Holdings, Sociedad Anónima | Guatemala |
| AG Margate Propco 2 Limited | Guernsey |
| Clockenflap Presents Limited | Hong Kong |
| Clockenflap Festivals Limited | Hong Kong |
| Dancing Dragon Management Limited | Hong Kong |
| Fabled Records Limited | Hong Kong |
| Live Nation (HK) Limited | Hong Kong |
| Live Nation Electronic (Asia) Limited | Hong Kong |
| Live Nation Connects Hong Kong Limited | Hong Kong |
| Live Nation Venues (HK) Company Limited | Hong Kong |
| Media Nation Limited | Hong Kong |
| MMM Studio Limited | Hong Kong |
| Twenty Eight Group Holding Limited | Hong Kong |
| Live Nation Central & Eastern Europe Kft | Hungary |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Ticketmaster India Private Limited | India |
| AIL Venue Finco Limited | Ireland |
| Amphitheatre Ireland Holdings Limited | Ireland |
| Amphitheatre Ireland Limited | Ireland |
| EP Republic Limited | Ireland |
| Live Nation Ireland Holdings Limited | Ireland |
| LNGH Ireland Limited | Ireland |
| Principle Management Limited | Ireland |
| The Ticket Shop Unlimited Company | Ireland |
| Ticketline Unlimited Company | Ireland |
| Ticket Shop Holdings (IOM) | Isle of Man |
| Ticket Shop One (IOM) Limited | Isle of Man |
| Ticket Shop Two (IOM) Limited | Isle of Man |
| Live Nation Israel Ltd. | Israel |
| Ticketmaster Israel Ltd | Israel |
| A Bass Concert Srl | Italy |
| Comcerto Srl | Italy |
| Get Live 2 Srl | Italy |
| Live Nation 2 Srl | Italy |
| Live Nation 3 Srl | Italy |
| Live Nation Italia Srl | Italy |
| Live Nation Italia 6 S.r.l. | Italy |
| Parcolimpico Srl | Italy |
| Ticketmaster Italia Srl | Italy |
| Live Nation Holding Japan GK | Japan |
| Live Nation Japan GK | Japan |
| Quicket Limited | Kenya |
| UAB Live Nation Lietuva | Lithuania |
| Live Nation Luxembourg Holdco 1 S.à.r.l. | Luxembourg |
| Live Nation Luxembourg Holdco 2 S.à.r.l. | Luxembourg |
| Banquetes a la Carta, S.A. de C.V. | Mexico |
| Car Sport Racing, S.A. de C.V. | Mexico |
| Enterteinvestments, S.A. de C.V. | Mexico |
| ETK Boletos, S.A. de C.V. | Mexico |
| Fundacion OCESA Entretenimiento, A.C. | Mexico |
| HNMPL México, S. de R.L. de C.V. | Mexico |
| Inmobiliaria de Centros de Espectáculos, S.A. de C.V. | Mexico |
| Logística Organizacional para la Integración de Eventos, S.A. de C.V. | Mexico |
| OCESA Entretenimiento, S.A. de C.V. | Mexico |
| OCESA Presenta, S.A. DE C.V. | Mexico |
| OCESA Promotora de Eventos, S. de R.L. de C.V. | Mexico |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| OCESA Promotora, S.A. de C.V. | Mexico |
| OISE Entretenimiento, SA de C.V. | Mexico |
| Operación y Comercialización Ideas Creativas, S.A. de C.V. | Mexico |
| Operadora de Centros de Espectáculos, S.A. de C.V. | Mexico |
| Representaciones de Exposiciones Mexico, S.A. de C.V. | Mexico |
| Sae Logística En Entretenimiento, S.A. de C.V. | Mexico |
| Sae Operación En Eventos, S.A. de C.V. | Mexico |
| Servicios Administrativos Del Entretenimiento, S.A. de C.V. | Mexico |
| Servicios de Protección Privada Lobo, S.A. de C.V. | Mexico |
| Sputnik Digital, S.A.P.I. de C.V. | Mexico |
| Ticketmaster New Ventures S. de R.L. de C.V. | Mexico |
| Venta de Boletos Por Computadora, S.A. de C.V. | Mexico |
| Live Nation Malaysia Sdn Bhd | Malaysia |
| Amsterdam Music Dome Exploitatie B.V. | Netherlands |
| Amsterdam Music Dome Properties B.V. | Netherlands |
| Art of Bookings B.V. | Netherlands |
| Artist and Business Transport Group B.V. | Netherlands |
| BEE 2 B.V. | Netherlands |
| Crowdcare B.V. | Netherlands |
| Event Design Holland B.V. | Netherlands |
| Festivals Limburg B.V. | Netherlands |
| Holland Event Marketing B.V. | Netherlands |
| Holland International Blues Festival B.V. | Netherlands |
| Insomniac Europe B.V. | Netherlands |
| Live Nation International Holdings B.V. | Netherlands |
| Live Nation Venues (Netherlands) B.V. | Netherlands |
| LN NL Venues Finco B.V. | Netherlands |
| LN NL Venues Holdings B.V. | Netherlands |
| LYV B.V. | Netherlands |
| Mojo Concerts B.V. | Netherlands |
| Mojo NL Hiphop B.V. | Netherlands |
| Mojo Works B.V. | Netherlands |
| Noctua B.V. | Netherlands |
| Security Company Security B.V. | Netherlands |
| Straight International Security B.V. | Netherlands |
| The Event Support Company B.V. | Netherlands |
| The Security Company Utrecht Holland Holding B.V. | Netherlands |
| Tickethour Nederland B.V. | Netherlands |
| Ticketmaster B.V. | Netherlands |
| Woo Hah! Partner B.V. | Netherlands |
| Endeavour Live Limited | New Zealand |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Evenz Limited | New Zealand |
| Greenstone Entertainment Limited Partnership | New Zealand |
| Greenstone Entertainment GP Limited | New Zealand |
| Live Nation GE Holdings Limited | New Zealand |
| Live Nation NZ Festivals Limited | New Zealand |
| Live Nation NZ Limited | New Zealand |
| NZ Venue and Event Management Limited | New Zealand |
| QPAM Limited | New Zealand |
| R&V Live Nation Limited | New Zealand |
| San Fran Live Limited | New Zealand |
| Ticketmaster NZ Limited | New Zealand |
| Village Sounds Agency NZ Limited | New Zealand |
| Munyhub Online Ticketing Services Ltd | Nigeria |
| Ticket Shop (NI) Limited | Northern Ireland |
| ACT Agency AS | Norway |
| Bergen Live AS | Norway |
| Billettservice AS | Norway |
| Event og Media AS | Norway |
| Kadetten Festival AS | Norway |
| Live Nation Norway AS | Norway |
| Luger Norway AS | Norway |
| TimeOut Agency & Concerts AS | Norway |
| Tons of Rock Festival AS | Norway |
| DF Entertainment Paraguay SRL | Paraguay |
| Live Nation Peru S.A.C. | Peru |
| Ticketmaster Peru S.A. | Peru |
| Live Nation Philippines Inc. | Philippines |
| Ticketmaster Philippines, Inc | Philippines |
| Concert Supplies Sp. z o.o. | Poland |
| Live Nation Sp. z.o.o. | Poland |
| Music Marketing Sp. z.o.o. | Poland |
| Ticketmaster Poland Sp. z.o.o. | Poland |
| Live Nation Portugal Holdings S.A. | Portugal |
| Live Nation Portugal Venues S.A. | Portugal |
| Rock World Lisboa S.A. | Portugal |
| Live Nation Arabia Company LLC | Saudi Arabia |
| Ticketmaster Arabia Company LLC | Saudi Arabia |
| ABC3 Limited | Scotland |
| D.F. Concerts Limited | Scotland |
| King Tut's Recordings Limited | Scotland |
| Tecjet Limited | Scotland |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Live Nation Business Consulting (Shanghai) Company Limited | Shanghai, China |
| Live Nation Electronic (Shanghai) Company Limited | Shanghai, China |
| KFK Shanghai Company Limited | Shanghai, China |
| Clockenflap Pte. Limited | Singapore |
| Imagine Media Agency Pte. Ltd. | Singapore |
| Live Nation (Singapore) Holdings Pte Ltd | Singapore |
| Live Nation Singapore Concerts Pte. Ltd. | Singapore |
| Live Nation Singapore Venues Pte Ltd | Singapore |
| Ticketmaster SG Pte Ltd | Singapore |
| Ticketmaster-Singapore Pte. Ltd. | Singapore |
| Big Concerts International Pty Ltd | South Africa |
| Big Concession Management Proprietary Limited | South Africa |
| Big Merchandise Proprietary Limited | South Africa |
| Live Nation Media and Sponsorship (Pty) Ltd | South Africa |
| Munyhub Online Ticketing Services (Pty) Ltd | South Africa |
| Ticketmaster South Africa (Pty) Ltd | South Africa |
| Live Nation Korea Corporation | South Korea |
| Better World Sociedade Unipessoal S.L. | Spain |
| Compania Editora de Talentos Internacionales S.A. | Spain |
| Giras Latinas, AIE | Spain |
| Live Nation Espana S.A.U. | Spain |
| Live Nation España Black Star, S.L. | Spain |
| Live Nation España Blue Lane, S.L. | Spain |
| Live Nation España Green Road, S.L. | Spain |
| Live Nation España Live For Fun S.L. | Spain |
| Live Nation España No Limits S.L. | Spain |
| Live Nation Espana Red Path, S.L. | Spain |
| Live Nation España Silver Tours S.L. | Spain |
| Mean Fiddler Spain, S.L. | Spain |
| Mediterranea Concerts, S.L. | Spain |
| Music On Tour 2020 AIE | Spain |
| Ocesa Seitrack Espana, S.L. | Spain |
| Planet Events S.A. | Spain |
| Rock in Rio Madrid S.A. | Spain |
| Ticketmaster Iberica SLU | Spain |
| Ticketmaster Spain SAU | Spain |
| Göta Lejon Live AB | Sweden |
| Live Brands Factory AB | Sweden |
| Live Nation Holding Nordic AB | Sweden |
| Live Nation Nordic AB | Sweden |
| Live Nation Sweden AB | Sweden |

| ***International*** | ***State or Jurisdiction of Incorporation or Organization*** |
|---|---|
| Lugerinc AB | Sweden |
| Neu Festival Live AB | Sweden |
| Sweden Rock Festival AB | Sweden |
| Ticketmaster New Ventures Holdings II AB | Sweden |
| Ticketmaster Sverige AB | Sweden |
| First Event AG | Switzerland |
| Live Nation Switzerland GmbH | Switzerland |
| Mainland Music AG | Switzerland |
| Ticketmaster Schweiz AG | Switzerland |
| Indievox Inc | Taiwan |
| Live Nation Taiwan Co., Ltd | Taiwan |
| Tixcraft Inc | Taiwan |
| Live Nation Tero Entertainment Co., Ltd | Thailand |
| Thaiticketmajor Company Limited | Thailand |
| Biletix Bilet Dagitim Basim ve Ticaret AS | Turkey |
| Munyhub Online Ticketing Services – SMC Limited | Uganda |
| Brag FZ-LLC | United Arab Emirates |
| Brag 2 FZ-LLC | United Arab Emirates |
| Live Nation Middle East FZ-LLC | United Arab Emirates |
| Ticketmaster Middle East Events LLC | United Arab Emirates |
| Ticketmaster Middle East FZ-LLC | United Arab Emirates |
| Ticketmaster Middle East North LLC | United Arab Emirates |
| DG Medios Uruguay SAS | Uruguay |
| Munyhub Online Ticketing Services Limited | Zambia |