# EXHIBIT F

# Terms of Use

Last updated: November 10, 2025

On this page

1. This is a Contract Between You and Us
2. Other Policies
3. Accounts
4. Our Content
5. User Content
6. Our Marketplace Code of Conduct
7. Termination
8. Disclaimer of Warranties and Release
9. Limitation of Liability
10. Indemnification
11. General
12. Severability
13. Mobile Messaging
14. Disputes and Arbitration
15. Copyright Complaints
16. Additional Terms If You Use Any of Our Apps from the Apple App Store
17. Questions

These Terms of Use ("Terms") govern your use of Front Gate Ticket's websites and applications—including (without limitation) frontgatetickets.com—and your purchase, possession, sale, acceptance, or use of any of our tickets or passes (collectively, "Ticket" or "Tickets"), products, or services (our "Marketplace," defined in Section 1, below).

Our other policies—including our Terms of Sale and Privacy Policy (collectively "Other Policies"), as applicable—are also incorporated into these Terms.

**NOTICE REGARDING ARBITRATION AND CLASS ACTION WAIVER:** The Terms contain an arbitration agreement and class action waiver—along with some limited exceptions—in Section 14, below. Specifically, you and we agree that any dispute or claim relating in any way to the Terms, your use of the Marketplace, or products or services sold, distributed, issued, or serviced by us or through us, will be resolved by binding arbitration, rather than in court.

This updated arbitration agreement and class action waiver applies to all such disputes or claims between us, except those already filed and currently pending as of November 10, 2025. For all such matters pending as of November 10, 2025, this updated agreement and waiver will not alter the rights and obligations that currently exist in those matters, such that those matters may or may not be subject to arbitration, and if the former, will remain governed by any applicable arbitration agreement or agreements that currently exist between the parties in those matters.

By agreeing to arbitration, you and we each waive any right to participate in a class action lawsuit or class action arbitration, except those already filed and currently pending as of November 10, 2025.

**NOTICE REGARDING FUTURE CHANGES TO TERMS:** From time to time, we may update these Terms and our Other Policies, as detailed in Section 11, below. Any changes we make will only be binding on you if and when you agree to the updated Terms. The Effective Date above will tell you

when the Terms were last revised, and the Download Prior Version link will take you to the last version of the Terms.

To the extent that these Terms have been updated from a prior version of the Terms to which you previously agreed, the most recent version of the Terms to which you agreed supersedes and governs.

# 1. This is a Contract Between You and Us

These Terms are a legally binding agreement between you, the user ("you" or "your"), and us. We use the terms "us," "we," and "our" to refer to Front Gate Ticketing Solutions, LLC ("Front Gate"), and all of Front Gate's parents, subsidiaries, and affiliates.

You and we are each a "party" and collectively we are the "parties" to the contract.

"Marketplace" refers to our websites and mobile applications —including (without limitation) frontgatetickets.com —and to our Tickets, products, and services.

# 2. Other Policies

**In addition to these Terms, we have Other Policies that apply to your use of the Marketplace—specifically:**

The Terms of Sale explains your rights and responsibilities when purchasing Tickets and associated products and services.

The Privacy Policy explains how we handle the personal information that we process.

If these Terms conflict with any of the Other Policies, the terms of the Other Policy will govern with respect to that conflict—except with respect to the arbitration agreement and class action waiver set forth in Section 14, which shall supersede any conflicting terms in the Other Policies. If these Terms or any of the Other Policies conflict with our website FAQs or informational microsites, these Terms and the Other Polices will govern.

In addition, we or our partners may offer certain sweepstakes, contests, games, or other promotions (collectively, "Promotions") through the Marketplace. Those Promotions may have specific rules that are different from, or in addition to, these Terms and our Other Policies. By

participating in a Promotion, you will become subject to those rules. Any such Promotion rules will control over any conflict with our Other Policies or these Terms—except with respect to the arbitration agreement and class action waiver set forth in Section 14, which shall supersede any conflicting Promotion rules.

# 3. Accounts

To access some of the services on the Marketplace, including to buy Tickets, you must create an account.

Each account must be linked to a unique individual and contain up-to-date information that is accurate, complete, and verifiable. We may restrict the number of accounts you can create. To activate your account, you must verify your identity. You may be required to validate your identity through a third-party verification platform, change your password, or take other actions to protect the integrity and security of your account. To be eligible for an account, you must be either (1) at least 18 years old (or the age of majority in your jurisdiction of residence, if higher) or (2) at least 13 years old and authorized by your parent or legal guardian to create an account and use the Marketplace. If you have not reached the age of majority in your jurisdiction of residence, your parent or legal guardian must accept the Terms on your behalf. **If you are a parent or legal guardian allowing your child to use the Marketplace, you are responsible for your child's online conduct and use of the Marketplace. The Marketplace is not designed for use by children under the age of 13.**

You are responsible for keeping your account secure and for protecting your information—don't share your information or login credentials with others. You are solely responsible for all access to, use of, activity by, and purchases made using your account. You are responsible for ensuring the password used in conjunction with your email address is unique to your account and not used on any other online sites. We are not responsible for tickets that are accessed, transferred, or resold from your account due to a lack of secure login credentials. Contact Us right away if you think your password or account may have been compromised, or if you notice unauthorized use of your account.

You will have no ownership in your account or your username. You may not transfer or sell access to your account. We may refuse to register your account or cancel your account for any reason at any time. Accounts with no purchase or transfer activity for eight (8) or more years are considered inactive and may be deleted.

# 4. Our Content

The Marketplace, including all software, content (other than User Content, as defined below), data, and other materials on the Marketplace (collectively, our "Content"), is owned by us and/or our licensors. The Marketplace and Content are protected under copyright, trademark, patent, and other intellectual property laws. You agree not to take any actions inconsistent with our ownership interests.

We grant you a limited, non-exclusive, non-transferable, non-sublicensable license to use the Marketplace and view our Content, for personal use only, conditioned on your compliance with these Terms. You may not copy, download or use our Content in any way.

You may not use our trademarks, logos, and service marks in any way without our prior written permission. To request permission, contact us at trademarks@frontgatetickets.com.

Our Marketplace may contain User Content (as defined in Section 5, below) or links to third-party websites, advertisements, products, services, content, data, or other materials ("Third-Party Content"). We don't endorse or assume responsibility for any aspect of User Content or Third-Party Content, including any content that may be inaccurate, offensive, obscene, threatening, or harassing. You agree that we have no liability for your use of or access to User Content or Third-Party Content and that you do so at your own risk.

# 5. User Content

In connection with your use of the Marketplace, you may be able to post, upload, or submit content to be made available on the Marketplace and viewable by other users ("User Content"). You expressly agree not to post, upload to, transmit, distribute, store, create, or otherwise publish through the Marketplace any User Content that:

a. Is false, unlawful, misleading, libelous, defamatory, obscene, pornographic, indecent, lewd, suggestive, harassing (or advocates harassment of another person), threatening, invasive of privacy or publicity rights, abusive, inflammatory, fraudulent, or otherwise objectionable;

b. Is patently offensive, such as content that promotes racism, bigotry, hatred, or physical harm of any kind against any group or individual;

c. Would constitute, encourage, promote, or provide instructions for an illegal activity or a criminal offense; give rise to civil liability; violate the rights of any party in any country of the world; or otherwise create liability or violate any local, national, or international law or regulation or the rules of any securities exchange;

d. Provides instructional information about illegal activities such as making or buying illegal weapons, violating someone's privacy, or providing or creating computer viruses;

e. May infringe any patent, trademark, trade secret, copyright, or other intellectual or proprietary right of any party—in particular, content that is, or that promotes, an illegal or unauthorized copy of another's copyrighted work, such as providing pirated music or links to pirated music files;

f. Constitutes mass mailings or "spamming", "junk mail", "chain letters", or "pyramid schemes";

g. Impersonates any person or entity or otherwise misrepresents your affiliation with a person or entity, including us;

h. Is private information of any third party, including, without limitation, addresses, phone numbers, email addresses, and credit card numbers;

i. Contains restricted or password-only access pages, or hidden pages or images (those not linked to or from another accessible page); or

j. Includes or is intended to facilitate viruses, corrupted data, or other harmful, disruptive, or destructive files.

You alone are responsible for your User Content, and once posted to the Marketplace, it cannot always be withdrawn. You assume all risks associated with your User Content, including anyone's reliance on its quality, accuracy, or reliability, and any risks associated with personal information you disclose. You may not imply that your User Content is in any way sponsored or endorsed by us or by any third party.

You may expose yourself to liability if, for example, your User Content contains material that is false, intentionally misleading, or defamatory; violates any third-party right, including any copyright, trademark, service mark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right; contains material that is unlawful, including illegal hate speech or pornography; exploits or otherwise harms minors; violates or

advocates the violation of any law or regulation; or otherwise violates these Terms.

In order to operate the Marketplace, we must obtain from you certain license rights in the User Content that you upload so that actions we take in operating the Marketplace are not considered legal violations. Accordingly, by posting, uploading, or submitting your User Content to the Marketplace, you grant us a license to access, store, transmit, use, reproduce, create derivative works of, distribute, publicly perform, display, reformat, incorporate into advertisements and other works, promote, archive, and modify your User Content in our sole discretion and for any purpose, in any and all media now or hereafter known. You agree that these rights and licenses are royalty-free, transferable, sub-licensable, assignable, perpetual, worldwide, and irrevocable, and include a right for us to make your User Content available to, and pass these rights along to, others with whom we have contractual relationships related to the operation of the Marketplace, and to otherwise permit access to or disclose your User Content to third parties, at our sole discretion.

As part of the foregoing license grant, you agree that other users of the Marketplace may have the right to comment on or tag your User Content. To the fullest extent permitted by applicable law, we reserve the right, and have absolute discretion, to remove, screen, edit, omit, modify, or delete any of your User Content at any time, for any reason, and without notice, and you agree that we have no obligation to make available any of your User Content. By posting, uploading, or submitting your User Content through the Marketplace, you represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power, and/or authority necessary to grant the rights granted herein for your User Content, including the written permission of every identifiable person in your User Content to use that person's name and likeness. You agree that your User Content will not contain material subject to copyright or other proprietary rights, unless you have the necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 6. Our Marketplace Code of Conduct

You agree that you will not do or attempt any of the following while using any portion of the Marketplace:

- Violate any applicable law or regulation.

• Submit any software or other material that is malicious in nature or that may compromise the Marketplace's security.

• Link to any portion of the Marketplace other than the URL assigned to the home page.

• Frame or mirror, scrape, or crawl, any part of the Marketplace including any Content or create any tools or allow others to do the same.

• Modify, adapt, sub-license, translate, sell, reverse engineer, decompile, or disassemble any portion of the Marketplace, including any Ticket or underlying algorithms or barcodes used on or in the production of Ticket, or otherwise attempt to derive any source code or underlying ideas or algorithms of any part of the Content.

• Remove any copyright, trademark, or other proprietary rights notices contained on the Marketplace.

• Take any action that may impose (in our sole discretion) an unreasonable or disproportionately large load on our infrastructure, whether acting alone or in a group.

• Reproduce, modify, display, publicly perform, distribute, or create derivative works of the Marketplace or the Content, including any Tickets, except as permitted by law for archival purposes.

• Use bot technology or automated purchasing software on the Marketplace.

• Commit a brute force attack against the Marketplace.

• Circumvent any security measure, access control system, or other technological control or measure on the Marketplace.

• Use the Marketplace to collect information about other users or to send spam.

• Order more Tickets than is allowed for a particular event.

• Use presale codes that were not sent to you by us or the Event Organizer.

• Manipulate any identifiers or disguise the origin of any interaction with the Marketplace.

• Conceal your identity or impersonate others, for example, by using multiple Internet Protocol addresses or multimedia communication to conduct transactions on the Marketplace or by impersonating an account holder.

• Prevent or inhibit the use of the Marketplace by others.

• Create duplicate accounts or accounts using false information.

• Deep link to the Marketplace for any purpose, unless authorized in writing by us.

• Use the Marketplace for any commercial purpose or any purpose other than for personal use to review event and promotional information or to purchase Tickets or merchandise for your personal use, unless otherwise authorized by us in writing.

• Engage in any behavior that prevents another consumer from fair access to Tickets.

These rules are not exhaustive, and we may modify them at any time. We have the right to take appropriate steps to enforce these rules (including suspending or terminating your account and revoking your Tickets) to protect the integrity of our Marketplace. You may not be refunded for fees related to orders canceled or Tickets revoked due to your violation of our Code of Conduct.

# 7. Termination

You may request to close your account at any time by contacting us. However, we are unable to close your account until all events for which you have purchased Tickets (or listed or sold resale Tickets) have taken place.

We may terminate or suspend your account and/or your access to the Marketplace at any time, for any reason. In addition, if we have reason to believe that you violated these Terms or any of our Other Policies, we may: (1) prevent you from using the Marketplace or re-registering under a different name; (2) cancel any order or purchase acquired through your account; (3) refuse to honor pending and future purchases, Ticket postings, or sales made from any account we believe may be associated with you; (4) cancel a Ticket or Ticket order associated with any person we believe to be acting with you; and/or (5) exercise any other remedy available to us under this agreement consistent with Section 14, below.

Further, if we terminate your account due to misuse of the Marketplace or breach of the Marketplace Code of Conduct, all licenses granted to you under the Terms or our Other Policies will terminate automatically, and you may not be refunded for any fees related to any Tickets that are canceled.

All sections which by their nature should survive the termination of these Terms shall continue in full force and effect subsequent to and notwithstanding any termination of these Terms by us or you—including (without limitation) Sections 4, 5, 7, 8, 9, 10 and 14. Termination will not limit any of our other rights or remedies at law or in equity.

# 8. Disclaimer of Warranties and Release

WE OFFER OUR MARKETPLACE “AS IS” AND “AS AVAILABLE,” WITHOUT WARRANTIES (UNLESS EXPLICITLY STATED IN OUR OTHER POLICIES). TO THE FULLEST EXTENT PERMISSIBLE BY LAW, WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF TITLE, NON-INFRINGEMENT, ACCURACY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTIES THAT MAY ARISE FROM COURSE OF DEALING OR COURSE OF PERFORMANCE OR USAGE OF TRADE. FOR EXAMPLE, WE DON’T MAKE ANY WARRANTIES ABOUT THE CONTENT OR FEATURES OF THE MARKETPLACE, INCLUDING THEIR ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS.

WE ARE NOT RESPONSIBLE FOR THE ACTIONS OR INFORMATION OF THIRD PARTIES, AND YOU RELEASE US FROM ANY CLAIMS AND DAMAGES, KNOWN AND UNKNOWN, ARISING OUT OF OR IN ANY WAY CONNECTED WITH ANY CLAIM YOU HAVE AGAINST ANY SUCH THIRD PARTIES.

IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE § 1542, WHICH SAYS: “A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.”

# 9. Limitation of Liability

These Terms limit our liabilities as allowed by applicable law; some limitations may not apply to you. For example, these Terms do not limit liability for gross negligence or willful misconduct. But, to the extent allowed by applicable law, these Terms do limit our liabilities:

• WE ARE NOT LIABLE FOR EVENT ORGANIZERS, SUPPLIERS, ADVERTISERS, AND SPONSORS.

• WE ARE NOT LIABLE FOR ATTORNEYS' FEES OR FOR INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY TYPE (INCLUDING, WITHOUT LIMITATION, ATTORNEYS' FEES).

• YOU VOLUNTARILY ASSUME ALL RISKS INCIDENTAL TO THE EVENT FOR WHICH THE TICKET IS ISSUED (WHETHER OCCURRING BEFORE, DURING, OR AFTER THE EVENT). YOU WAIVE ANY CLAIMS FOR PERSONAL INJURY OR DEATH—INCLUDING (WITHOUT LIMITATION) AS A RESULT OF ANY COMMUNICABLE DISEASE OR ILLNESS, EVEN IF YOU GOT IT WHILE ATTENDING AN EVENT—AGAINST US, MANAGEMENT, FACILITIES, LEAGUES, ARTISTS, OTHER PARTICIPANTS, AND ALL OUR RESPECTIVE PARENTS, AFFILIATED ENTITIES, AGENTS, OFFICERS, DIRECTORS, OWNERS, AND EMPLOYEES ON BEHALF OF YOURSELF AND ANY ACCOMPANYING MINOR.

• OUR TOTAL LIABILITY ARISING OUT OF OR RELATING TO THE TERMS OR YOUR USE OF THE MARKETPLACE IS LIMITED TO THE GREATER OF (1) $100 OR (2) THE AMOUNT YOU HAVE PAID US IN THE PAST 12 MONTHS.

## 10. Indemnification

You agree to defend, indemnify, and hold us and our officers, directors, employees, agents, Event Organizers, suppliers, advertisers, and sponsors harmless from and against any and all claims, damages, losses and expenses of any kind (including reasonable legal fees and costs) arising from or related to (1) your misuse of the Marketplace and/or the Content, (2) your violation of the rights of any third-party, (3) your negligence or willful misconduct, or (4) your violation of these Terms, including our Other Policies, or any applicable law or regulation. We reserve the right to take exclusive control and defense of any claim, and you will cooperate fully with us in asserting any available defenses.

## 11. General

We may update these Terms and our Other Policies from time to time to reflect changes in our Marketplace or how we do business, for legal, regulatory, or security reasons, to promote a safe and secure experience on our Marketplace, to prevent abuse of or harm to our Marketplace, or for other reasons. You agree that we may make changes to the Terms at any time. If we revise these Terms, we will update the

"Effective" date at the top. Any changes we make will only be binding on you if and when you agree to the updated Terms. The Effective Date above will tell you when the Terms were last revised, and the Download Prior Version link will take you to the prior version of the Terms. To the extent that these Terms have been updated from a prior version of the Terms to which you previously agreed, the most recent version of the Terms to which you agreed supersedes and governs.

These Terms, and licenses or rights granted herein, may be assigned by us but may not be assigned by you without our prior express written consent.

We use the term "Event Organizer" to refer to the people who put on the events—such as artists, venues, teams, fan clubs, promoters, record labels, leagues, and sponsors.

If you don't comply with the Terms or Other Policies, including the Terms of Sale, and we don't act right away, we don't waive any rights to take action now or in the future.

Section headings are used for reference and convenience only and are not legally binding.

# 12. Severability

If any part of these Terms is not valid or enforceable, then that provision shall be deemed severable, meaning it will not affect the validity or enforceability of any remaining provisions.

# 13. Mobile Messaging

We offer browsing and mobile messaging services which may include alerts, promotions, and other marketing offers. If you choose to receive these mobile messages, you agree that we may send recurring messages (including by automated technology) to the mobile phone number you provided when you signed up, including for advertising or marketing purposes, subject to message and data rates that may be charged by your wireless carrier. However, you don't need to provide this consent as a condition of purchasing anything from us.

We are not responsible for the accuracy of any information displayed in our messages, for any misdelivery or untimely delivery of messages, or for your deletion of or failure to store any messages from us.

You authorize your wireless carrier to disclose certain information about your account and device to us to investigate identity verification and fraud with respect to your transactions with us.

You may opt out of any messages by replying to a message with the text message "STOP," by sending the text message "STOP" to the shortcode provided as with your request and mobile device number. Please note that these email addresses are not for general customer support inquiries. It may take us up to 10 days to remove your mobile device number from our database. For additional help with respect to text messages, text "HELP" to the shortcode provided.

# 14. Disputes and Arbitration

**Please read this section carefully.**

**MANDATORY ARBITRATION AGREEMENT AND CLASS ACTION WAIVER.** THE PARTIES AGREE THAT, EXCEPT AS PROVIDED BELOW, ANY DISPUTE, CLAIM, OR CONTROVERSY RELATING IN ANY WAY TO THE TERMS OR YOUR USE OF THE MARKETPLACE, WHICH INCLUDES ALL PRODUCTS OR SERVICES SOLD, DISTRIBUTED, ISSUED, OR SERVICED BY OR THROUGH US—IRRESPECTIVE OF WHEN THAT DISPUTE, CLAIM, OR CONTROVERSY AROSE—WILL BE RESOLVED SOLELY BY BINDING, ARBITRATION AS SET FORTH IN THE TERMS, RATHER THAN IN COURT. BY AGREEING TO ARBITRATION, THE PARTIES AGREE TO WAIVE ANY RIGHT TO A JURY TRIAL AND AGREE THAT YOU AND WE MAY BRING CLAIMS AGAINST EACH OTHER ONLY IN AN INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS PROCEEDING.

**Exceptions**. This arbitration agreement and class action waiver shall be subject to these limited exceptions:

• If a claim is within the jurisdiction of small claims court, either of the parties may (instead of arbitration) choose to take the claim to small claims court in your county of residence or in closest proximity to your residence; you may also choose to take the claim to small claims court in the Superior Court of California, County of Los Angeles.

• Disputes relating to intellectual property rights or obligations, or any infringement claims, may be filed in a federal or state court located within Los Angeles County, California, and we both consent to the jurisdiction of those courts for such purposes.

• If this arbitration agreement in the Terms is for any reason held to be unenforceable, any litigation against us (except for small claims court actions) may be commenced only in a federal or state court located within Los Angeles County, California, and you and we each consent to the jurisdiction of those courts for such purposes.

• The parties each retain the right to participate in class-wide settlement of claims.

• This updated arbitration agreement and class action waiver does not apply to any disputes or claims already filed and currently pending as of the Effective Date. For all such matters pending as of the Effective Date, this updated agreement and waiver will not alter the rights and obligations that currently exist in those matters, such that those matters may or may not be subject to arbitration, and if the former, will remain governed by any applicable arbitration agreement or agreements that currently exist between the parties in those matters.

**Informal Dispute Resolution**. The parties recognize and agree that good faith, informal efforts to resolve disputes often result in prompt, low-cost, and mutually beneficial outcomes. Therefore, the parties agree that, before a party may commence an arbitration or assert a claim in small claims court, they will engage in the following informal dispute resolution process:

• The party seeking to initiate a claim in arbitration or small claims court ("claimant") must give written notice to the other party ("respondent"). To notify us that you intend to initiate informal dispute resolution, you must send an email to Front Gate Ticketing Solutions, LLC at arbitration@frontgatetickets.com, providing: your full name; the email address and mailing address associated with your Front Gate account; your counsel's name and contact information, if you are represented by counsel; and a brief description of your claim(s) and the relief sought. To notify you that we intend to initiate informal dispute resolution, we will email you at the email address that we have on file for you and provide a brief description of our claim(s) and the relief sought, and our counsel's name and contact information. Please note that the arbitration@frontgatetickets.com email address is only monitored for notices to initiate informal dispute resolution or to commence arbitration; if you have other requests or inquiries, please visit support.frontgatetickets.com.

• The parties will then personally meet and confer, via teleconference or videoconference, in a good faith effort to informally resolve any claim covered by this mutual arbitration agreement. If either party

is represented by counsel, that party's counsel may participate in the informal dispute resolution conference.

• All offers, promises, conduct, and statements made in the course of the informal dispute resolution process by any party, its agents, employees, and attorneys are confidential and not admissible for any purpose in any subsequent proceeding, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the informal dispute resolution process.

• The informal dispute resolution conference shall occur within sixty (60) days of receipt of the written notice described above, unless an extension is mutually agreed upon by the parties. If, after participating in that conference, the parties have been unable to resolve the dispute, the claimant may commence an arbitration or assert a claim in small claims court in accordance with this arbitration agreement.

• Any statute of limitations will be tolled while the parties engage in the informal dispute resolution process described in this section.

**Governing Law; Interpretation and Enforcement.** The arbitration agreement in the Terms is governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) ("FAA"), including its procedural provisions, in all respects. This means that the FAA governs, among other things, the interpretation and enforcement of this arbitration agreement and all of its provisions, including, without limitation, the class action waiver. State arbitration laws don't govern in any respect. Further, you and we each agree that the Terms evidence a transaction involving interstate commerce and will be governed by and construed in accordance with federal law to the fullest extent possible.

Arbitration Generally; Relief Available. There is no judge or jury in arbitration, and court review of an arbitration award is limited pursuant to the FAA. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the Terms as a court would. For the avoidance of doubt, the arbitrator can award public injunctive relief if authorized by law and warranted by the individual claim(s).

**Arbitration Proceedings and Rules.** The following rules and procedures shall apply:

• Any arbitration will be administered by JAMS in accordance with their Streamlined Arbitration Rules & Procedures and, if applicable, Mass Arbitration Procedures

and Guidelines in effect at the time the arbitration is filed, except as modified by the Terms. JAMS's Streamlined Arbitration Rules & Procedures and Mass Arbitration Procedures and Guidelines are both available at https://jamsadr.com..

• **NOTICE REGARDING MASS ARBITRATION:** In accordance with the JAMS Mass Arbitration Procedures and Guidelines, a Mass Arbitration is defined as 75 or more similar demands for arbitration filed against the same party or related parties by individual claimants represented by either the same law firm or law firms acting in coordination. For the avoidance of doubt, a Mass Arbitration will be administered in accordance with the JAMS Mass Arbitration Procedures and Guidelines, except as modified by the Terms. As indicated, the JAMS Mass Arbitration Procedures and Guidelines are available at https://jamsadr.com. In a Mass Arbitration, JAMS may designate a Process Administrator to hear and determine preliminary and administrative matters. The Process Administrator shall determine such preliminary and administrative matters as may be necessary to ensure the orderly and efficient resolution of the claims brought in the Mass Arbitration, consistent with these Terms, procedural fairness, and the integrity of the arbitration process.

• You and we both agree that (i) the JAMS Mass Arbitration Procedures and Guidelines are intended to facilitate the fair, expeditious, and efficient resolution of Mass Arbitrations, and (ii) the focus of these procedures is on leveraging administrative and procedural decision-making to set a procedure for the hearing of the Mass Arbitration claims by the arbitrator(s), consistent with the core arbitration values of efficiency and fairness. The JAMS Mass Arbitration Procedures and Guidelines do not include mandatory mediation or test cases. You and we both agree that the JAMS Mass Arbitration Procedures and Guidelines do not convert traditional, individual, bilateral arbitrations into representative or class arbitrations.

• You and we both agree that, notwithstanding any conflicting provisions in the JAMS Streamlined Arbitration Rules & Procedures or the Mass Arbitration Procedures and Guidelines, and notwithstanding the Governing Law provision above, arbitrator selection will proceed in accordance with applicable law, including without limitation Cal. Civ. Proc. Code §§ 1281.9, 1281.91(b)(1).

• Unless applicable law provides otherwise, the arbitration proceeding and all records pertaining to it—including but not limited to any documents prepared or produced in connection with the arbitration proceeding, as well as the hearing and the arbitration award—will be confidential and

will not be disclosed to any third-party, except as necessary to obtain court confirmation of the arbitration award.

**Commencing an Arbitration.** A party who has complied with the informal dispute resolution provisions described above, and who wishes to start arbitration, must submit a Demand for Arbitration and a copy of the Terms to JAMS, and must also give notice to the other party. If the notice is being sent to us, it must be emailed to Front Gate Ticketing Solutions, LLC at arbitration@frontgatetickets.com. If the notice is being sent to you, it will be sent to the email address that we have on file for you. If you have questions about how to submit a Demand for Arbitration to JAMS, please contact JAMS. Please note that the arbitration@frontgatetickets.com email address is only monitored for notices to initiate informal dispute resolution or to commence arbitration; if you have other requests or inquiries, please visit support.frontgatetickets.com.

**Arbitration Fees and Costs.** If you commence an arbitration in accordance with the Terms, you will be required to pay JAMS's $250 filing fee. You will not be responsible for paying any other fees for the arbitration, other than the filing fee; all other fees or expenses charged by JAMS will be paid by us (unless the arbitrator finds that either the substance of your claim or the relief sought is frivolous or brought for an improper purpose). Further, if JAMS determines that you are unable to pay any part of the filing fee, we will pay that part too.

When a Mass Arbitration is filed pursuant to these Terms, you and we agree to pay JAMS's initial filing fee as set forth in the JAMS Mass Arbitration Procedures Fee Schedule, available at https://jamsadr.com. If JAMS' Mass Arbitration Procedures Fee Schedule is applicable, the most that consumers, in the aggregate, may be required to pay is $2,500. We will pay all other applicable fees and costs.

**Filing Fee and all Case Management Fees.** The parties agree that JAMS has discretion to modify the amount or timing of any fees due under any applicable rules or fee schedules, and further agree not to oppose any modifications to the timing or amount of any fees due—provided that such modifications don't increase the fees to either party.

**Attorneys' Fees.** You are responsible for your own attorneys' fees; we will not pay any attorneys' fees unless ordered to do so by the arbitrator. For the avoidance of doubt, in cases where a statute gives you the right to recover attorneys' fees if you prevail, the arbitrator may award attorneys' fees pursuant to that statute.

**Delegation; Interpretation.** The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to the extent permitted by law to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability, or formation of the Terms, including, but not limited to, any claim that all or any part of the Terms is void or voidable; however, in the event of a dispute about which particular version of the Terms you agreed to, a court will decide that specific question prior to the commencement of the arbitration. This arbitration agreement is intended to be broadly interpreted and will survive termination of the Terms.

**Limited Right to Appeal.** As explained above, court review of the arbitrator's decision is limited pursuant to the FAA; however, the Terms provide a limited right to appeal the arbitrator's decision—regarding injunctive relief only—to a panel of three JAMS arbitrators, as set forth in this sub-section. Specifically, any party may—within 21 days of the arbitrator's decision—appeal the arbitrator's grant or denial of injunctive relief to JAMS, in accordance with the following procedure:

• Except as otherwise provided by the Terms, the appeal will be conducted pursuant to the JAMS Optional Arbitration Appeal Procedure, available at www.jamsadr.com.

• To commence an appeal, a party must submit the Demand for Arbitration Form available at www.jamsadr.com, and must also provide notice to the other party in the manner described above in this section.

• The JAMS appeal panel will consist of arbitrators who are either (a) retired state or federal judges or (b) licensed attorneys with at least 20 years of active litigation experience and substantial expertise in the substantive laws applicable to the subject matter of the dispute.

• The JAMS appeal panel will conduct a de novo review of the arbitrator's decision.

• Except as provided in the FAA, there will be no right of appeal from the JAMS appeal panel's decision.

• Arbitrator decisions not involving injunctive relief may not be appealed pursuant to this sub-section.

**Special Provision Regarding Resale Tickets for Events Located in Illinois.** Solely for the purpose of complying with the Illinois Ticket Sale and Resale Act, 815 ILCS 414/1.5 et seq., if your dispute regards the resale of a Ticket for any event located in the State of Illinois, then the following applies: You may submit any complaint you may have to JAMS as an arbitration demand, in accordance with the

rules and procedures outlined in this section, and any such claims shall be decided by an independent arbitrator in accordance with the Terms. Without waiving the agreement to arbitrate or any other terms in this Section 14, you also agree to submit to the jurisdiction of the State of Illinois for any complaints involving a ticketed event held in Illinois. For the sake of clarity, your agreement to submit to the jurisdiction of the State of Illinois for any complaint involving a ticketed event held in Illinois does not in any way waive your and our agreement to arbitrate, or the scope of arbitration, but simply means that—for any court proceeding that may take place in conjunction with an arbitration (e.g., a motion to enforce an arbitration award), or in the event the arbitration agreement is held unenforceable—you agree to submit to jurisdiction in Illinois. If you have an inquiry regarding a Ticket resale transaction made for any event located in Illinois, please contact us at 550 W. Van Buren Street, 13th Floor, Chicago, Illinois 60607 or (877) 446-9450.

## 15. Copyright Complaints

Under the Digital Millennium Copyright Act of 1998 (the "DMCA"), if you believe in good faith that any content on the Marketplace infringes your copyright, you can request that we remove the content (the "Notice"). The Notice must include the following information:

• Your (or your agent's) physical or electronic signature.

• Identification of the copyrighted work on the Marketplace that is claimed to have been infringed (or a representative list if multiple copyrighted works are included in one notification).

• Identification of the content that is claimed to be infringing or the subject of infringing activity, including information reasonably sufficient to allow us to locate the content on the Marketplace.

• Your name, address, telephone number, and email address.

• A statement that you have a good faith belief that use of the content in the manner complained of is not authorized by you or your agent or the law.

• A statement that the information in the notification is accurate and, under penalty of perjury, that you or your agent is authorized to act on behalf of the copyright owner.

If you believe in good faith that a Notice has been wrongly filed against you, you may send us a counter-notice which states the items required by sections 512(g)(2) and (3) of the DMCA.

Notices and counter-notices should be sent to Front Gate Ticketing Solutions, LLC by emailing to copyrightofficer@frontgatetickets.com. False claims may be penalized under the DMCA.

It is our policy to terminate, in appropriate circumstances, repeat infringers' access rights to the Marketplace.

## 16. Additional Terms If You Use Any of Our Apps from the Apple App Store

If you are using any of our mobile applications from the Apple App Store, there are a few additional terms that apply to you (including the App Store's terms of use and any other third-party terms):

• Apple is not party to these Terms and isn't responsible for our mobile applications or anything on them.

• If our mobile applications do not conform with an applicable warranty, you can notify Apple and Apple will refund your purchase price, but otherwise Apple does not have any warranties, obligations, or liability to you regarding our mobile applications (including any support services).

• Apple is not responsible for any third-party claims relating to our mobile applications (including, among others, product liability, infringement, and consumer protection claims).

• Apple and its subsidiaries are third-party beneficiaries of these Terms and have the right to enforce them.

## 17. Questions

If you have questions about these Terms, you can contact us at:

Front Gate Ticketing Solutions, LLC

Attn: General Counsel

9348 Civic Center Drive

Beverly Hills, CA 90210

(888) 512-SHOW

legal@frontgatetickets.com

California residents may report complaints to the Complaint Assistance Unit of the Division of Consumer Services, California Department of Consumer Affairs, located at 1625 North Market Blvd., Sacramento, CA 95834, (800) 952-5210.

Events

Go to Business

Browse Events

Support

About Us

Careers

Subscribe to our newsletter!

Sign Up

Follow us on

© Front Gate Tickets 2026. All rights reserved.

Privacy Policy

Terms of Use

Terms of Sale

Accessibility Statement

Do not sell or share my personal information

Cookie Preferences