# EXHIBIT G

# Terms of Sale

Last updated: November 10, 2025

This Terms of Sale ("Terms of Sale"), along with our Terms of Use ("Terms"), applies to all ticket or pass (collectively, "Ticket" or "Tickets") purchases and purchases of associated products and services on our websites and applications and to your use of our Tickets, products, and services (our "Marketplace," defined in Section 1, below).

When you purchase Tickets and associated products and services through our Marketplace, you agree to be bound by this Terms of Sale and the Terms, as they are updated from time to time. You also agree to comply with any terms and conditions set by the people who put on the events—such as artists, venues, and promoters (the "Event Organizer"). In addition, if you choose to purchase an extra service or product (e.g.,insurance or parking) from a third party, you agree to any additional third-party terms presented in the checkout flow. If you don't agree, don't purchase Tickets or associated products or services through or use the Marketplace.

**Please note that Section 14 of the Terms contains an arbitration agreement and class action waiver.** In that section, you and we mutually agree that any dispute or claim will be resolved through binding arbitration—and not in court or through aclass action lawsuit or class-wide arbitration.

On this page

1. Parties
2. Who We Are—and Who You Are Buying From
3. Ticket Availability
4. Pricing
5. Ticket Restrictions
6. Purchasing Tickets
7. Order Confirmation
8. Ticket Delivery
9. Delivery of Non-Ticket Purchases
10. Errors
11. Opening Acts, Understudies, and Multi-Performer Events
12. Seating
13. Ticket Transfer
14. Canceled, Postponed, Rescheduled, or Moved Events
15. Refunds
16. No Refunds, Credits, or Exchanges for Certain Purchases
17. Promotions
18. Assumption of Risk
19. Protect Your Tickets
20. Resale of Tickets

# 1. Parties

This Terms of Sale, together with our Terms, is a legally binding agreement between you, the user ("you" or "your"), and us. We use the terms "us," "we," and "our" to refer to Front Gate Ticketing Solutions, LLC ("Front Gate"), and all of Front Gate's parents, subsidiaries, and affiliates.

If you are making a purchase on behalf of a company or other legal entity, you represent and warrant that you have the authority to bind that company or other legal entity to the terms of this Terms of Sale

(and that references to "you" and "your" also refer and apply to that company or other legal entity).

You and we are each a "party" and collectively we are the "parties" to the contract.

"Marketplace" refers to our websites and mobile applications —including (without limitation) frontgatetickets.com —and to our Tickets, products, and services.

## 2. Who We Are—and Who You Are Buying From

We are a ticketing service provider; we generally sell Tickets for Event Organizers.

## 3. Ticket Availability

We sell Tickets online through our Marketplace. In some cases, Tickets are also sold through the venue box office.

We don't control Ticket inventory or availability. Tickets for popular events may sell-out quickly. Additional Tickets for sold-out events, and additional dates and locations, may be released after the initial on-sale at the discretion of Event Organizers.

## 4. Pricing

The total price you pay is made up of the base Ticket price —or "face value"—plus any applicable fees and taxes, which are subject to change. Event Organizers typically set the face value of their Tickets. Fees may include, for example, a service fee, per order processing fee, facility fee, and shipping or delivery fee. Please note that, in some instances, you may be able to purchase Tickets directly from the venue box office without paying a service fee. Taxes include applicable state and local taxes, as required by law. We may display the tax separately or include it in the total service fee amount.

Taxes and fees are subject to change. Also, some fees may not reflect the actual cost to deliver or process your order and may include a profit to us or the Event Organizers.

Ticket prices may increase or decrease at any time at the discretion of the Event Organizer. We don't guarantee that you'll be able to purchase tickets at the prices

shown until your order is processed and confirmed. We don't provide price adjustments, price matching, refunds, or credits based on fluctuations in ticket prices.

Prices are displayed in the currency that will be charged upon purchase. We accept no responsibility or liability for surcharges related to your payment method or for currency exchange rate fluctuations, which are entirely at your risk.

# 5. Ticket Restrictions

For some events, you will only be able to purchase a certain maximum number of Tickets ("Ticket limit"). The Ticket limit is posted on the event page and can typically be found by clicking the "More Info" button at the top of the page. Ticket limits combat unfair Ticket buying practices.

For some events, your ability to resell or transfer Tickets may be restricted by the Event Organizers or by local laws. For example, you may be unable to resell or transfer your Tickets, subject to a resale price cap, restricted with respect to how or where you can resell your Tickets.

Using multiple accounts, payment methods, email addresses, home addresses, or false information, or engaging in any behavior to circumvent the Ticket limit or transfer restrictions, is prohibited. If you exceed, or try to exceed, the posted Ticket limit or transfer restrictions for an event: (1) we may cancel any of your orders and Tickets without notice and, on cancellation, we may refund the face value purchase price, but will not refund any associated fees; and (2) we may terminate your account and your access to the Marketplace and ban you from buying Tickets in the future.

Tickets may be sold subject to certain restrictions on entry or use, such as a minimum age for entry or a certain view (e.g., restricted, obstructed, or side view). Restrictions will be stated before or at the time of booking. It is your responsibility to ensure that you read all notifications and other important information provided to you as part of the purchase process. We will not be responsible if you or any guests under your booking are refused admission because of a failure to meet, or prove that you/they meet, any restrictions (e.g., a minimum age requirement).

# 6. Purchasing Tickets

To make a purchase, you must create an account and comply with our Terms. You agree to pay

all charges incurred by you or any users of your account at the price(s) in effect when such charges are incurred, including any applicable taxes.

When searching for and buying Tickets on our Marketplace, only use one browser window; multiple windows may result in errors during purchase.

We accept various payment methods to purchase Tickets, including major credit cards.

**When making a purchase, make sure the information you provide is accurate and valid.** Don't place (or try to place) an order with any information that is false, misleading, incorrect, or incomplete, that cannot be verified as belonging to you, or that you don't have the right to use. If you do, your order can be canceled at any time. And, if your order is canceled for any of these reasons, we may sell your Tickets to another customer without further notice. We accept no responsibility or liability for such cancellations.

Purchases are subject to credit or debit card verification (if applicable), other security checks, and collection of payment by us. They are processed only after the billing address associated with your credit card and other billing information have been verified. Your order may be canceled without notice if it has not passed our verification process, if payment is not received in full, or if we reasonably suspect fraud. In rare circumstances, if your payment is recalled by the associated bank or payment provider, we reserve the right to cancel and refund any orders you have placed, even if we have already sent an Order Confirmation.

# 7. Order Confirmation

**Once you've successfully placed an order, you should be directed to a confirmation page and/or will receive a confirmation email (each an "Order Confirmation").** Upon receipt, please check your Order Confirmation to confirm its accuracy. (See "Errors" below.) If you don't receive an Order Confirmation after submitting payment information, or if you experience an error message or service interruption after submitting payment information, it is your responsibility to check your account and confirm whether your order has been successfully placed, as (for example) Order Confirmations may have been delivered to your spam folder depending on your email settings, or there may be processing or other errors or issues that prevent confirmation. You may not cancel an order based on claimed or actual non-receipt of an Order Confirmation. Only you may be aware of any problems that may occur during the purchase process. You cannot cancel an order because of

problems with the receipt of Order Confirmations, and we are not responsible for any losses if you don't receive an Order Confirmation but assume that an order was (or was not) placed.

Once you receive an Order Confirmation, your Ticket purchase is final, and no changes may be made by you. If you have any questions, please contact Fan Support.

# 8. Ticket Delivery

Delivery options differ based on the event. Please carefully review the delivery options offered during the purchase process. You must comply with Ticket tender rules as indicated in your Order Confirmation—for example, whether you need to display your Ticket digitally or print it at home.

You are responsible for confirming receipt of the Tickets prior to the event and timely notifying us regarding any issues.

You are responsible for providing a safe and secure delivery address and ensuring that you are available to take delivery of your Tickets (whether by mail or electronic delivery). We are not liable, and you will not be entitled to any refund, if delivery is refused, returned, missed, unclaimed, or fails as a result of your failure to (1) provide correct and complete delivery information, (2) ensure you are available to receive delivery of Tickets, and/or (3) download Tickets from your account. For security purposes, we can only ship Tickets to the billing address associated with the method of payment used for your purchase.

We reserve the right to make Tickets available for collection at the box office or another designated Ticket collection point in lieu of other methods of delivery. You may be required to provide your Order Confirmation and your photo ID to collect Tickets, as well as the credit or debit card used to make the order.

Please note, if you purchase "e-delivery" Tickets and Ticket Transfer functionality (as described below in Section 13) is not available, then all guests under your booking must enter the event at the same time as you. In such circumstances, print-outs of PDFs of Tickets shall not be accepted for entry.

# 9. Delivery of Non-Ticket Purchases

Some non-Ticket elements of your purchase, including products and/or services like parking, camping, merchandise, and memorabilia ("Extras"), are produced and fulfilled by the Event Organizer. The Event Organizer is responsible for the delivery and quality of those Extras. We accept no responsibility or liability for the delivery or quality of any Extras, except to the extent that they are produced and/or fulfilled directly by us. If you have any questions or complaints regarding Extras, please contact the Event Organizer directly (or Contact Us and we can connect you with the Event Organizer).

# 10. Errors

We work hard to ensure our Marketplace is accurate and bug-free, but errors can happen. We are not responsible for any typographical or system errors within the inventory listed for sale. Examples of errors include, without limitation, incorrect Ticket pricing, ability to order a Ticket before its scheduled on-sale or presale date or before it was supposed to have been released for sale, or incorrectly processed refund.

If we discover an error while processing your order, we will inform you as soon as possible. We may cancel your order and issue a full refund, or we may give you the option of confirming your order with the correct information, for example, at the correct price (in which case we will credit or debit you as applicable). If we are unable to contact you to confirm your order, you agree that we may treat the order as canceled and issue you a full refund, without any further liability or communication. We have the right to cancel the Ticket regardless of whether the error occurred because of human error or a malfunction of the Marketplace or other system. We will not be liable for travel or any other expenses that you, or anyone else, incurs in connection with Marketplace errors.

If you receive a refund that was processed in error or exceeds the original amount paid, we can recharge the original method of payment used at time of purchase.

It is your responsibility to check your Order Confirmation and Tickets promptly upon receipt. Please Contact Us immediately if there is a mistake or error with your Tickets, or if you don't receive your Tickets as ordered and/or as described in your Order Confirmation. Mistakes cannot always be rectified.

## 11. Opening Acts, Understudies, and Multi-Performer Events

Opening acts, guests, or undercards (each an "Opening Act") sometimes tour with headlining performers. We are not always made aware of Opening Acts or the length of their performances.

Performers in multi-performer events (such as festivals), individual members of a band, actors or comedians in theatre performances, athletes on a sports team, supporting cast, team members, or guest speakers (each a "Participant") and Opening Acts are subject to change or cancelation at any time without notice. No refund will be given due to a change in or cancellation of a Participant or Opening Act.

## 12. Seating

**Venue layout and seating maps are for guidance only, reflect the general layout of a venue, and are subject to change at any time.** An alternative seat or area comparable (in our sole discretion) to that initially allocated to you or specified on the Tickets may be provided. You are not eligible for a refund based on changes to a venue or seating map or if your seat or area changes as a result of changes to the venue or layout after purchase.

**Tickets for accessible seating are reserved solely for fans with disabilities and their companions.** Your Tickets may be canceled if you abuse this policy.

## 13. Ticket Transfer

We are not able to transfer Tickets between accounts. However, once you have received your Tickets, you can pass them on to anyone who wishes to use them.

We reserve the right to cancel transferred Tickets at any time if we determine that they were obtained fraudulently or in violation of our Terms or these Terms of Sale.

## 14. Canceled, Postponed, Rescheduled, or

# Moved Events

Event date, time, and location are subject to change. Occasionally, Event Organizers cancel or postpone events or reschedule or move events to a different date or materially different time or venue. We have no control over these changes. **We are not liable for travel, accommodation, hospitality, or any other expenses that you or anyone else incurs in connection with a canceled, postponed, rescheduled, or moved event.**

Cancellations are at the sole discretion of Event Organizers. Events may be held regardless of weather conditions, including for outdoor events, as determined by the Event Organizers.

**Notice of cancellation/postponement:** If your event is canceled, postponed, rescheduled, or moved, we will attempt to contact you to update you on the status of the event, and inform you of any refund, credit, or exchange procedures, once we have received the relevant information and authorization from the Event Organizer. For exact instructions for a specific event, please check the event information online and in your account (which will include the most current information on the status of the event) or Contact Us.

While we will make reasonable efforts to notify you regarding any changes as soon as we have the relevant information and authorization from the Event Organizers, we cannot guarantee that you will be informed of such changes; it is your responsibility to check (1) whether an event has been canceled, postponed, rescheduled, moved, or otherwise altered, and (2) the location, date, and time of any moved or rescheduled event.

**A. Canceled Events**

If an event is canceled, no action is required to obtain a refund; we will issue a refund (including for any Extras or upgrades, such as parking) to the original method of payment used at time of purchase after we receive funds from the Event Organizer. We reserve the right to retain fees for the services we provide, including processing, service, order, delivery, handling, and shipping fees.

**B. Postponed, Rescheduled, or Moved Events**

**If an event is postponed, rescheduled, or moved**, your ticket(s) (including any additional Extras or upgrades, such as parking) are still valid, and no further action is required. However, the Event Organizer may approve refunds, or the option to choose between a refund or a credit, for the event;

any refund and/or credit policies are determined on an event-by-event basis by the Event Organizer and may be subject to limitations set by the Event Organizer. We reserve the right to retain fees for the services we provide, including processing, service, order, delivery, handling, and shipping fees. If the Event Organizer approves refunds and/or credits, we'll send you a notification explaining your options (including the date by which you must select an option), and you may submit a request for a refund or credit. Alternatively, you may simply keep your ticket(s) to the postponed, rescheduled, or moved event.

**If you can't attend a rescheduled event**: If you notify us within the specified deadline that you are unable to attend the rescheduled event, you will be able to cancel your order and obtain a refund. If you don't notify us that you are unable to attend within the applicable deadline, you will not be able to claim a refund.

For more information on how refunds work, see Section 15 below.

# 15. Refunds

**All sales are final. Refunds are only available in limited circumstances, based on policies set by the Event Organizer.** Before buying Tickets, carefully review your event and Ticket selection, and only order Tickets if you are certain you want them.

If your event is eligible for refunds (see also **Section 14** above) and funds have been received from the Event Organizer, here's what will happen:

· We will issue a refund of the Ticket price you paid and any Extras or upgrades (such as parking).

· We will not refund expedited shipping charges, merchandise purchases, Fan Club membership fees, or any other amounts.

· We reserve the right to retain fees for the services we provide, including processing, service, order, delivery, handling, and standard shipping fees.

· If the Event Organizer offers you a choice of either a refund or a credit, you cannot get a partial refund; whatever selection you make (i.e., refund or credit) will apply to your entire order and cannot be split between refund and credit.

· The refund will be processed to the original method of payment used at the time of purchase. We

cannot issue a refund to a different credit or debit card.

· The timing of your refund will vary depending, for example, on when we receive funds from the Event Organizer, and whether we have your up-to-date payment information on file.

· **Requests for a refund or credit are final and cannot be changed once initiated.**

For any ticket insurance refunds, please contact the insurance provider.

If your account(s) has an outstanding balance owed to us, we reserve the right to hold refunds for your account(s) until no outstanding balance remains.

**You agree that you won't try to circumvent any of our refund policies.** This means that you agree not to seek a refund from us where the Event Organizer prohibits us from providing one, and not to seek a "chargeback" from any credit card or payment company you used to purchase Tickets. If you do, we can cancel your Tickets immediately.

# 16. No Refunds, Credits, or Exchanges for Certain Purchases

There are no refunds, credits, or exchanges for merchandise purchases.

# 17. Promotions

Tickets may not be used for advertising, contests, sweepstakes, or other promotional and marketing activities unless authorized by us in writing. Contact us at trademarks@frontgatetickets.com.

# 18. Assumption of Risk

You voluntarily assume all risks incidental to the event for which the Ticket is issued, whether occurring before, during, or after the event. Prolonged exposure to loud music or noise may damage your hearing, and we advise you and all patrons to wear adequate ear protection at events. Special effects, which may include sound, audio-visual, pyrotechnic effects, or lighting effects may be featured at an event,

which may not be suitable for those with photosensitive epilepsy or similar conditions.

You waive any claims for personal injury or death—including (without limitation) as a result of any communicable disease or illness, even if you contracted it while attending an event—against us, management, facilities, leagues, artists, other participants, and all our respective parents, affiliated entities, agents, officers, directors, owners, and employees on behalf of yourself and any accompanying minor. You bear all risks of inclement weather, regardless of whether an event takes place inside or outside, including rain, snow, wind, dust, fog, heat, and cold. Venues may be wet, slippery, windy, dusty, foggy, hot, or cold and visibility may be affected. Always stay alert. If you are hurt, immediately ask a staff member for directions to a medical station.

**Please see the Limitation of Liability section (Section 9) in the Terms for additional limits on our liability.**

# 19. Protect Your Tickets

Tickets cannot be replaced if they are lost, stolen, or damaged.

Don't post pictures or details of your Tickets online as this may allow third parties to counterfeit your Tickets or otherwise compromise the integrity of the Tickets. We will not be liable if you are refused entry to the event as a result.

# 20. Resale of Tickets

If you resell Tickets, you are responsible for how those Tickets are priced, and you are responsible for complying with all applicable ticket resale laws, including (without limitation) tax laws or maximum resale premiums and restrictions. We are not responsible for providing legal or other advice regarding resale or pricing of Tickets.

If you unlawfully resell (or attempt to unlawfully resell) Tickets—including (without limitation) selling counterfeit or copied Tickets—we can seize and cancel the Tickets without compensation. We can also cancel your account and prohibit you from purchasing or selling Tickets in the future.

# 21. Attending Events

You agree to comply with all the Event Organizer's applicable rules, policies, terms, and conditions, including those that

appear in connection with digital Tickets or print-at-home Tickets or on the back of hard stock Tickets ("Event Organizer Rules"). A Ticket is a revocable license and admission may be refused. Breach of Event Organizer Rules will terminate your license to attend the event without refund. The Event Organizer has the right to refuse admission to or eject—without refund of any amount paid—any person whose conduct management deems unsafe, disorderly, vulgar, or abusive, or who otherwise fails to comply with Event Organizer Rules.

**There may be entry or use restrictions.** Please read all notifications and information regarding the event you plan to attend. We are not responsible if you or any guests are refused admission because of a failure or inability to comply with entry or use restrictions (e.g., no proof of minimum age, failure to comply with public health measures). For more information about Ticket restrictions, see Section 5 above.

**You are subject to search.** You and your belongings may be searched on entry to the event. You consent to such searches and waive any related claims that may arise. If you elect not to consent to such searches, you may be denied entry to the event without refund or other compensation. Under certain Event Organizer Rules, certain items may not be brought into the premises, including without limitation: firearms, alcohol, drugs, controlled substances, cameras, recording devices, laser pointers, strobe lights, irritants (e.g., artificial noisemakers), and containers.

**Events are public and you may be recorded or photographed.** You agree that the event for which you purchase Tickets is a public event, that your appearance and actions inside and outside the venue where the event occurs are public in nature, and that you have no expectation of privacy with regard to your actions or conduct at the event. You grant permission to us, the Event Organizer(s), and our partners, licensees, and assigns (including but not limited to our brand and media partners) to use your name, image, likeness, acts, poses, plays, appearance, movements, and statements in any live or recorded audio, video, or photographic display or other transmission, exhibition, publication, or reproduction made of, or at, the event (regardless of whether before, during, or after play or performance) for any purpose, in any manner, in any medium or context now known or hereafter developed, without further authorization from, or compensation to, you or anyone acting on your behalf.

**Advertised start times of events are subject to change.** Also, door opening and closing times are not indicative of the performance's start or end time, or when an artist is scheduled to play or the length of the artist's

performance. These decisions are at the sole discretion of the Event Organizer and are subject to change.

**Admission is not guaranteed for late arrivals.** Generally, every effort to admit latecomers will be made at a suitable break in the event, but admission is not guaranteed.

**If you're attending a virtual event, you may view the virtual event solely for your own personal purpose.** You may not record, copy, publicly exhibit, transmit, or distribute any virtual event through any means, resell views of any virtual event, or allow others to log into your account for the purpose of watching a virtual event.

# 22. General

We may update this Terms of Sale and our Other Policies from time to time to reflect changes in our Marketplace or how we do business, for legal, regulatory, or security reasons, to promote a safe and secure experience on our Marketplace, to prevent abuse of or harm to our Marketplace, or for other reasons. You agree that we may make changes to this Terms of Sale at any time. If we revise this Terms of Sale, we will update the "Effective" date at the top. Any changes we make will only be binding on you if and when you agree to the updated Terms (which incorporate the Terms of Sale). The Effective Date above will tell you when the Terms of Sale was last revised, and the Download Prior Version link will take you to the prior version of the Terms of Sale.

To the extent that this Terms of Sale has been updated from a prior version of the Terms of Sale to which you previously agreed, the most recent version of the Terms of Sale to which you agreed supersedes and governs.

If any part of these Terms of Sale is not valid or enforceable, then that provision shall be deemed severable, meaning it will not affect the validity or enforceability of any remaining provisions.

If you don't comply with this Terms of Sale, and we don't act right away, that doesn't mean we're giving up any rights now or in the future.

In this Terms of Sale, the section headings are used for reference and convenience only and are not legally binding.

If you see an undefined term in this Terms of Sale, it has the same definition as in the Terms.

# 23. Questions

Still have questions? Please
Contact Us. We'll be glad to help.

Events

Go to Business

Browse Events

Support

About Us

Careers

Subscribe to our newsletter!

Sign Up

Follow us on

© Front Gate Tickets 2026. All rights reserved.

Privacy Policy

Terms of Use

Terms of Sale

Accessibility Statement

Do not sell or share my personal information

Cookie Preferences